# Joseph M. Cormier PhD PE
# Curriculum Vitae

## Education

| | | |
|---|---|---|
| Ph.D. | Biomedical Engineering | 2009 |
| | Virginia Tech – Wake Forest School of Biomedical Engineering and Sciences | |
| | Research focus: Facial Biomechanics | |
| M.S. | Mechanical Engineering with Biomedical Engineering Option | 2003 |
| | Virginia Polytechnic Institute and State University | |
| | Research focus: Thoracic Biomechanics | |
| B.S. | Mechanical Engineering | 2001 |
| | New Mexico Institute of Mining and Technology | |

## Continuing Education

| | |
|---|---|
| Machine Learning Foundations University of Washington on Coursera | 2019 |
| Applied Machine Learning in Python University of Michigan on Coursera | 2017 |
| Crash Data Retrieval (CDR) User's Summit Houston, Texas | 2012 |
| ARAS360 Advanced 3D Computer Diagramming and Animation for Incident Reconstruction San Antonio, Texas | 2011 |
| EDSMAC - Simulations Training Course Engineering Dynamics Corporation | 2011 |
| ARC-CSI Crash Conference Las Vegas, NV | 2010 |
| Brain Injury Symposium NHTSA Docket # 26249 | 2007 |
| Current Issues in Using Crash Injury Data | 2006 |

SAE Professional Development Program, Detroit MI

| | |
|---|---|
| Automotive Safety and Injury Biomechanics<br>Blacksburg Virginia | 2005 |
| Applied Nonlinear Statistical Methods<br>San Antonio American Statistical Association | 2005 |
| Traffic Accident Reconstruction I & II<br>Northwestern University Traffic Institute, Evanston, Illinois | 2003 |

## Professional Experience

| | |
|---|---|
| BIOCORE<br>Senior Research Scientist<br>Charlottesville, Virginia | 2016-Present |
| Consultant<br>Biodynamic Research Corporation<br>San Antonio, Texas | 2009-2017 |
| Technical Director<br>Biodynamic Research Corporation<br>San Antonio, Texas | 2003-2009 |
| Graduate Research Assistant<br>Impact Biomechanics Laboratory<br>Virginia Tech | 2001-2003 |
| Research Assistant<br>Psychology Department<br>New Mexico Institute of Mining and Technology | 2000 |
| Research Assistant<br>Environmental Engineering Department<br>New Mexico Institute of Mining and Technology | 1999-2000 |

## Appointments

| | |
|---|---|
| Adjunct Assistant Professor<br>Biomedical Engineering<br>University of Texas at San Antonio | 2012 – 2016 |
| Adjunct Assistant Professor<br>School of Biomedical Engineering and Sciences | 2010 – Present |

Virginia Tech – Wake Forest

Clinical Faculty                                                                                 2010 – 2016
United States Air Force School of Aerospace Medicine
Graduate Medical Education

## Professional Activities

Licensed Professional Engineer
Texas No. 104932                                                                           2009 - Present
Virginia No. 0402056752                                                                2018 - Present

Accredited Traffic Accident Reconstructionist (#2170)                      2009 – 2019
Accreditation Commission for Traffic Accident Reconstruction

Reviewer          Accident Analysis and Prevention
                       Journal of Biomechanics
                       Annals of Biomedical Engineering
                       Society of Automotive Engineers
                       Traffic Injury Prevention

## Professional Societies

Biomedical Engineering Society                                                        2010-Present

Association for the Advancement of Automotive                              2002-Present
Medicine

Society of Automotive Engineers                                                       2002-Present

## Honors and Awards

Award of Appreciation                                                                       2010
Resident in Aerospace Medicine - United States Air Force
School of Aerospace Medicine

Paul E. Torgerson Research Excellence Award:                               2003
Master's Category in Mechanical Engineering
Virginia Tech

Impact Biomechanics Lab Outstanding Research Award                   2002-2003
Virginia Tech

Center for Biomedical Engineering Symposium:                              2001-2002
Outstanding Researcher Award

Virginia Tech

New Mexico Institute of Mining and Technology                    1998-2001
Honor Roll & Counselor's Choice Scholarship


## Publications

## Journal Publications

McMurry TL, Cormier JM, Daniel T, Scanlon JM, Crandall JR: An Omni-Directional Model of Injury Risk in Planar Crashes with Application for Autonomous Vehicles; *Traffic Injury Prevention*: 2021.

Lessley DJ, Kent RW, Cormier JM, Sherwood CP, Funk JR, Crandall JR, Myers BS, Arbogast KB: Position-Specific Circumstances of Concussions in the NFL: Toward the Development of Position-Specific Helmets; *Annals of Biomedical Engineering*: October; 2020.

Bailey AM, McMurry TL, Cormier JM, Funk JR, Crandall JR, Mack CD, Myers BS, Arbogast KB: Comparison of Laboratory and On-Field Performance of American Football Helmets; *Annals of Biomedical Engineering*: October; 2020.

Kent R, Forman J, Bailey A, Cormier J, Park G, Crandall J, Arbogast KB, Myers B: Surface Contact Features, Impact Obliquity, and Preimpact Rotational Motion in Concussive Helmet-to-Ground Impacts: Assessment *via* a New Impact Test Device; *Annals of Biomedical Engineering:* September; 2020.

Lessley DJ, Kent RW, Funk JR, Sherwood CP, Cormier JM, Crandall JR, Arbogast KB, Myers BS: Video Analysis of Reported Concussion Events in the National Football League During the 2015-2016 and 2016-2017 Seasons. *Am J Sports Medicine*: 46(14); 2018.

Cormier J; Gwin L; Reinhart L; Wood R, and Bain C:  A Comprehensive Review of Low-Speed Rear Impact Volunteer Studies and a Comparison to Real-World Outcomes. *Spine* 43; 2018.

Funk J, Watson R, Cormier J, Guzman H, Bonugli E: Kinematics and Kinetics of Vigorous Head Shaking, *J. Applied Biomechanics* 31(3): 2015.

Cormier J, Freund M, Bonugli E, Guzman H: Passenger Car Response to Interaction with Tractor-Trailer Steer Tire Lugs, *SAE Int. J. Commercial Vehicles* 7(1): 2014.

Bonugli E, Wirth J, Funk J, Cormier J, Guzman E, Gwin L, Freund M: Characterization of Force Deflection Properties for Vehicular Bumper-to-Bumper Interactions, *SAE Int. J. Transportation Safety* 2(1): 2014.

Funk JR, Cormier JM, Bain CE, Wirth JL, Bonugli EB, Watson RA, "Factors Affecting Ejection Risk in Rollover Crashes," *Annals of Advances in Automotive Medicine*., 56:203-211, 2012.

Funk J, Cormier J, Manoogian S: Comparison of Risk Factors for Cervical Spine, Head, Serious and Fatal Injury in Rollover Crashes, *Accident Analysis & Prevention,* 45: 67-74; 2012.

Cormier J, Manoogian S, Bisplinghoff J, Rowson S, Santago A, McNally C, Duma S, Bolte J: The Tolerance of the Maxilla to Blunt Impact, *J Biomech Eng*, 133(6); 2011.

Cormier J, Manoogian S, Bisplinghoff J, Rowson S, Santago A, McNally C, Duma S, Bolte J: The Tolerance of the Frontal Bone to Blunt Impact, *J Biomech Eng*, 133(2), 021004; 2011.

Duma SM, Cormier JM, Hurst WJ, Stitzel JD, Herring IP: Experimental Analysis of Airbag Seam Design: High-Rate Shear Testing for Skin Abrasions, Journal of Automobile Eng; 2011.

Funk JR, Cormier JM, Bain CE, Guzman H, Bonugli E, Manoogian SJ: Head and Neck Loading in Everyday Vigorous Activities, *Annals of Biomedical Engineering,* 2010.

Scott W, Bain C, Manoogian S, Cormier J, Funk J: Simulation Model for Low-Speed Bumper-to-Bumper Crashes, SAE 2010-01-0051, *SAE Int. J. Passeng. Cars – Mech. Syst.*, 3(1): 21-26; 2010.

Cormier J, Manoogian S, Bisplinghoff J, Rowson S, Santago A, McNally C, Duma S, Bolte J: Biomechanical Response of the Human Face and Corresponding Biofidelity of the FOCUS Headform, *SAE Int. J. Passeng. Cars – Mech. Syst.*, 3(1): 842-859; 2010.

Cormier J, Manoogian S, Bisplinghoff J, Rowson S, Santago A, McNally C, Duma S, Bolte J: The Tolerance of the Nasal Bone to Blunt Impact, *Annals of Advances in Automotive Medicine*, 54: 2010.

Cormier J, Manoogian S, Bisplinghoff J, Rowson S, Santago A, McNally C, Duma S, Bolte J: Biomechanical Response of the Human Face and Corresponding Biofidelity of the FOCUS Headform, SAE 2010-01-1317, Society of Automotive Engineers Congress, Detroit, MI; 2010.

Raddin J, Cormier J, Smyth B, Croteau J, Cooper E: Compressive Neck Injury and its Relationship to Head Contact and Torso Motion during Vehicle Rollovers, *SAE Int. J. Passeng. Cars – Mech. Syst.*, 2(1): 914-41; 2009.

Cormier, JM, Duma, SM: Epidemiology of Facial Fractures in Automotive Collisions, *Annals of Advances in Automotive Medicine*, 53, 2009.

Funk, JR, Cormier, JM, Gabler, HC: Effect of Delta-V Errors in NASS of Frontal Crash Risk Calculations, *Annals of Advances in Automotive Medicine*, 52: 155 – 164, 2008.

Cormier JM: The Influence of Body Mass Index on Thoracic Injuries in Frontal Impacts, *Accident Analysis and Prevention,* 40: 610-15; 2008.

Kennedy EA, Hurst WJ, Stitzel JD, Cormier JM, Hanzen GA, Smith EP, Duma SM:  Lateral and Posterior Dynamic Bending of the Mid-Shaft Femur: Fracture Risk Curves for the Adult Population, *Proceedings of the Stapp Car Crash Conference,* 2004-22-0002; 2004.

Hurst WJ, Cormier JM, Stitzel JD, Jernigan MV, Moorcroft DM, Herring IP, Duma SM: A New Methodology for Investigating Airbag-Induced Skin Abrasions, *J. Proc. IMechE: Automotive Engineering,* 219(D): 599-605; 2005.

Duma S, Cormier J, Hurst W, Stitzel J, Herring I:  The Effects of Seam Design on Airbag Induced Skin Abrasions From High-Rate Shear Loading. *Proceedings of the International Research Conference of the Biomechanics of Impact* (IRCOBI), Lisbon, Portugal, September 2003.

Stitzel, JD, Cormier, JM, Barretta, JT, Kennedy, EA, Smith, EP, Rath, AL, Duma, SM.  "Defining Regional Variation in the Material Properties of Human Rib Cortical Bone and its Effect on Fracture Prediction."  *Proceedings of the 47th International Stapp Car Crash Conference*, San Diego, California, 2003.

Stitzel JD, Duma SM, Cormier JM, Herring IP: A Nonlinear Finite Element Model of the Eye with Experimental Validation for the Prediction of Globe Rupture. *Proceedings of the 46th Stapp Car Crash Conference, Society of Automotive Engineers,* Ponte Vedra Beach, FL: 02S-58; 2002. (Winner, John Paul Stapp Award for best paper of 2002: *"Your paper entitled.. ...was voted by the members of the Stapp Advisory Committee as the paper that makes the most significant contribution to the field of impact biomechanics related to the reduction of injuries in automotive transportation."*)

## Conference Publications

Cormier J, Funk J, Beuchamp G, Pentecost D: Pycrash: An Open-Source Tool for Accident Reconstruction, SAE Technical Paper 2021-01-0896; 2021.

Bonugli E, Cormier J, Reilly M, and Reinhart L: Replicating Real-World Friction of Motorcycle Helmet Impacts and Its Effects on Head Injury Metrics," SAE Technical Paper 2017-01-1433, 2017.

Foster JB, Kerrigan JR, Nightingale RW, Funk JR, Cormier JM, Bose D, Sochor MR, Ridella SA, Ash JA, Crandall JR, "Analysis of Cervical Spine Injuries and Mechanisms for CIREN Rollover Crashes," *Proceedings of the International Research Conference on the Biomechanics of Impact (IRCOBI)*, IRC-12-15-rev, pp. 61 – 75, 2012.

Cormier J, Manoogian S, Bisplinghoff J, Rowson S, Santago A, McNally C, Duma S, Bolte J: Biomechanical Response of the Human Face and Corresponding Biofidelity of the FOCUS Headform, SAE 2010-01-1317, *Society of Automotive Engineers Congress*, Detroit, MI; 2010.

Manoogian S, Funk J, Cormier J, Bain C, Guzman H, Bonugli E: Evaluation of Thoracic and Lumbar Accelerations of Volunteers in Vertical and Horizontal Loading Scenarios, SAE 2010-01-0146, *Society of Automotive Engineers Congress*, Detroit, MI; 2010.

Scott W, Bain C, Manoogian S, Cormier J, Funk J: Simulation Model for Low-Speed Bumper-to-Bumper Crashes, SAE 2010-01-0051, *Society of Automotive Engineers Congress*, Detroit, MI; 2010.

Raddin J, Cormier J, Smyth B, Croteau J, Cooper E: Compressive Neck Injury and its Relationship to Head Contact and Torso Motion during Vehicle Rollovers SAE 2009-01-0829, *Society of Automotive Engineers Congress*, Detroit, MI; 2009.

Funk J, Cormier J, Bain C, Guzman H, Bonugli E: Validation and Application of a Methodology to Calculate Head Accelerations and Neck Loading in Soccer Ball Impacts SAE 2009-01-0251, *Society of Automotive Engineers (SAE) Congress*, Detroit, MI; 2009.

Funk JR, Cormier JM, Bain CE, Guzman H, Bonugli E: Relationship Between Linear and Rotational Head Acceleration in Various Activities, *Proceedings of the 45th Annual Rocky Mountain Bioengineering Symposium*, in *Biomedical Sciences Instrumentation*, 44: 207 – 212, 2008.

Bisplinghoff J, Cormier J, Duma S, Kennedy E, Depinet P, Brozoski F: Development and Validation of Eye Injury and Facial Fracture Criteria for the Focus Headform, *Proceedings of the 26th Army Science Conference,* Orlando, FL; 2008.

Cormier J, Manoogian S, Bisplinghoff J, McNally C, Duma S: The Use of Acoustic Emission in Facial Fracture Detection, *Biomed. Sci. Instrum*., 44: 147-52; 2008.

Santago AC, Cormier JM, Duma SM: Humerus Fracture Bending Risk Function for the 50th Percentile Male, *Biomed. Sci. Instrum.* 44: 231-6.

Santago AC, Cormier JM, Duma SM, Yoganandan N, Pintar FA: Forearm Fracture Bending Risk Function for the 50th Percentile Male, *Biomed. Sci. Instrum.* 44: 201-6.

Funk JR, Cormier JM, Bain CE, Guzman H, Bonugli E: An Evaluation of Various Neck Injury Criteria in Vigorous Activities, *Proceedings of the International Research Conference on the Biomechanics of Impact (IRCOBI)*, pp. 233 – 248, 2007.

Cormier JM, Stitzel JD, Hurst WJ, Porta DJ, Jones J, Duma SM:  Predicting Zygoma Fractures from Baseball Impact, *Biomed. Sci. Instrum*., 42:501-6; 2006.

Cormier JM, Stitzel JD, Duma SM, Matsuoka F: Regional Variation in the Structural Response and Geometrical Properties of Human Ribs, *Proceedings of the Association for the Advancement of Automotive Medicine,* 2005.

Funk JR, Cormier JM, Bain CE, "Analytical Model for Investigating Low-Speed Sideswipe Collisions," SAE 2004-01-1185, *Society of Automotive Engineers (SAE) Congress*, Detroit, MI; 2004.

Cormier JM, Hurst WJ, Stitzel JD, Herring IP, Duma SM: Investigation of Skin Abrasion Injuries from High Rate Shear Loading. *Proceedings of the World Congress of Biomechanics,* Calgary, AB; 2002.

Cormier JM, Stitzel J, Hurst WJ, Duma SM: High-Speed and Continuous Pressure Measurements: A Comparison of FlexiForce Sensors and Fuji Film. *Proceedings of the World Congress of Biomechanics,* Calgary, AB; 2002.

Hurst WJ, Cormier JM, Duma SM: Sonomicrometric Measurements for Eye Displacements. P*roceedings of the World Congress of Biomechanics,* Calgary, AB; 2002.

## Other Publications

Kerrigan JR, Ash JH, Bose D, Sochor MR., Funk JR, Cormier JM, Manoogian SJ, Crandall JR: Thoracic Injury Mechanisms in Rollover Crashes, *Proceedings of the 38st International Workshop on Human Subjects for Biomedical Research,* NHTSA, Scottsdale, AZ; 2010.

Funk JR, Cormier JM, Zaleski S: Epidemiology of Cervical Spine Fractures in Rollover Crashes, *Proceedings of the Association for the Advancement of Automotive Medicine,* 2010.

Cormier JM: The Increase in Occupant Weight and its Effect on Thoracic Injuries, *Proceedings of the Association for the Advancement of Automotive Medicine,* 2007.

Cormier J, Stitzel J, Duma S, Matsuoka F: Microstructural Analysis of Osteon Orientation in Human Rib Cortical Bone, *Proceedings of the 31st International Workshop on Human Subjects for Biomedical Research,* NHTSA, San Diego CA; 2003.

Cormier JM, Stitzel JD, Duma SM, Hurst WJ: Predicting and Evaluating Zygoma Fractures from Baseball Impact. *Proceedings of the 30th International Workshop on Human Subjects for Biomechanical Research,* NHTSA, Ponte Vedra Beach, FL: 02S-58; 2002.

Cormier JM, Hurst WJ, Stitzel JD, Duma SM: Investigation of Skin Abrasion Injuries from High Rate Shear Loading. *Proceedings of the 1st Annual Center for Biomedical Engineering Symposium,* Virginia Tech, Blacksburg VA; 2002.

Hurst WJ, Cormier JM, Duma SM: Sonomicrometric Measurements for Eye Displacements. P*roceedings of the 1st Annual Center for Biomedical Engineering Symposium,* Virginia Tech, Blacksburg VA; 2002.

Hurst WJ, Stitzel JD, Cormier JM, Duma SD: A New Methodology for Investigating Airbag Induced Skin Abrasions. *Proceedings of the 30th International Workshop on Human Subjects for Biomechanical Research,* NHTSA, Ponte Vedra Beach, FL: 02S-58; 2002.

Stitzel JD, Power E, Cormier JM, Hurst WJ, Herring IP, Duma SM: Computational Modeling and Experimental Validation of Globe Deformation Due to Impact with High Speed Foam Particles. *Proceedings of the 1st Annual Center for Biomedical Engineering Symposium,* Virginia Tech, Blacksburg VA; 2002.

Stitzel JD, Cormier JM, Barretta JT, Duma SM: Elderly Thorax Properties for Model Development. *Proceedings of the 2nd Annual Center for Biomedical Engineering Symposium,* Virginia Tech, Blacksburg VA; 2003.

## Invited Presentations

Impact Biomechanics: Vehicle Safety and Injury Causation Analysis, *Biomedical Engineering Department,* UTSA, November 6; 2015.

Cormier J, Freund M, Bonugli E, Guzman H: Passenger Car Response to Interaction with Tractor-Trailer Steer Tire Lugs, *SAE Int. J. Commercial Vehicles* 7(1): 2014.

Cormier J: FOCUS Headform and Facial Fracture Tolerance, *Military Injury Biomechanics,* Washington DC, 2011.

Cormier J, Manoogian S, Bisplinghoff J, Rowson S, Santago A, McNally C, Duma S, Bolte J: The Tolerance of the Nasal Bone to Blunt Impact, *Annals of Advances in Automotive Medicine*, 54: 2010.

Cormier J, Manoogian S, Bisplinghoff J, Rowson S, Santago A, McNally C, Duma S, Bolte J: Biomechanical Response of the Human Face and Corresponding Biofidelity of the FOCUS Headform, SAE 2010-01-1317, *Society of Automotive Engineers Congress*, Detroit, MI; 2010.

Cormier, JM, Duma, SM, "Epidemiology of Facial Fractures in Automotive Collisions," *Annals of Advances in Automotive Medicine*, 53, 2009.

FOCUS Headform and Facial Fractures, *Injury Biomechanics: With Military and Aerospace Applications,* Arlington VA, 2009.

It All Comes to Physics: An Overview of Impact Biomechanics and Skeletal Trauma Workshop, *Association of Medical Illustrators,* Richmond VA, 2009.

Biomechanics, *Good Samaritan Community Services Summer Employment and Work Readiness,* San Antonio TX; 2009.

Cormier JM: Curtain Airbag Biomechanics, Emerging Issues in Motor Vehicle Product Liability Litigation, *American Bar Association;* 2009.

Cormier JM: The Increase in Occupant Weight and its Affect on Thoracic Injuries, *Proceedings of the Association for the Advancement of Automotive Medicine,* 2007.

Funk JR, Cormier JM, Bain CE, Guzman H, Bonugli E: An Evaluation of Various Neck Injury Criteria in Vigorous Activities, *Proceedings of the IRCOBI Conference,* 2007.

Determining the Risk of Facial Fracture from Blunt Loading: A Review of Facial Bone Fracture Patterns and Injury Tolerances, *Automotive Safety and Injury Biomechanics Workshop*, Blacksburg VA; March 24, 2007.

Automotive Safety and Injury Biomechanics Workshop: Thoracic Biomechanics, Blacksburg VA; October 14, 2005.

Cormier JM, Stitzel JD, Duma SM, Matsuoka F: Regional Variation in the Structural Response and Geometrical Properties of Human Ribs, *Proceedings of the Association for the Advancement of Automotive Medicine,* 2005.

Biomechanics of the Cervical Spine – University of Texas at San Antonio
April 2005.

Cormier JM, Stitzel JD, Duma SM, Matsuoka F: Microstructural Analysis of Osteon Orientation in Human Rib Cortical Bone, *Proceedings of the 31st International Workshop on Human Subjects for Biomedical Research,* NHTSA, San Diego CA; 2003.

Cormier JM, Hurst WJ, Stitzel JD, Duma SM, Porta D: Occupant Interaction with a Deploying Pelvic Restraint Cushion. *Proceedings of the 2nd Annual Center for Biomedical Engineering Symposium,* Virginia Tech, Blacksburg VA; 2003.

Cormier JM, Hurst WJ, Stitzel JD, Duma SM, Porta D: Predicting and Evaluating Orbital Fractures from Baseball Impact. *Proceedings of the 2nd Annual Center for Biomedical Engineering Symposium,* Virginia Tech, Blacksburg VA; 2003.

Cormier JM, Hurst WJ, Stitzel JD, Duma SM: Investigation of Skin Abrasion Injuries from High Rate Shear Loading. *Proceedings of the 1st Annual Center for Biomedical Engineering Symposium,* Virginia Tech, Blacksburg VA; 2002.

Cormier JM, Stitzel JD, Duma SM, Hurst WJ: Predicting and Evaluating Zygoma Fractures from Baseball Impact. *Proceedings of the 30th International Workshop on Human Subjects for Biomechanical Research,* NHTSA, Ponte Vedra Beach, FL: 02S-58; 2002.

Four Year Testimony History (June 2022)
Joseph M Cormier PhD

| Case Name | Testimony Date | Type | Court |
|---|---|---|---|
| Olivio, Joseph vs ATOAT Logistics Inc. | 5/22 | D | 24th Judicial District, Jefferson Parish, LA |
| Walter, Karl vs Stump, Michael | 4/22 | T | 53rd Judicial District, Travis County, TX |
| Kramer, Kimberly vs Westdale CBS Tower | 3/22 | T | 68th Judicial District, Dallas County, TX |
| Mata, Elizabeth vs City of Lancaster | 2/22 | D | Superior Court, Los Angeles, CA |
| Talbot, Jessica vs Oppenheim, Andrew | 12/21 | D | Civil District Court, Orleans Parish, LA |
| Maddocks, Jordan vs Hudson Ins. Co | 12/21 | D | 17th Judicial District, LaFourche Parish, LA |
| Edwards, Samantha vsMcElroy Truck Lines | 10/21 | D | US District Court, Western District of AR |
| Kramer, Kimberly vs Westdale CBS Tower | 9/21 | D | 68th Judicial District, Dallas County, TX |
| Goldman, Elliot vs Patricia Tucker | 9/21 | D | 15th Judicial Circuit Paul Beach County, FL |
| Vieregge, Jason vs Family Thrift Center | 9/21 | D | 131st Judicial District, Bexar County, TX |
| Thanippuli-Arachchige, Namal vs Lancer Ins. | 8/21 | D | 19th Judicial District, East Baton Rouge, LA |
| Betanzos, Stephen vs Myers Concrete | 4/21 | D | 45th District Court, Bexar County, TX |
| Amador, Joseph vs Acme Butane | 10/20 | D | 73rd District Court, Bexar County, TX |
| Williby, Rokedrick vs National Casualty | 9/20 | D | US District Court, Eastern District of LA |
| Gray, Michael vs JDL Services | 8/20 | D | 26th Judicial District, Bossier Parish, LA |
| Buenrostro, Lucio vs Kroger Texas et al. | 5/20 | D | 95th Judicial District, Dallas County, TX |
| Galaviz, Joel vs Wesley Allen Wilson et al. | 2/20 | D | US District Court, Southern District of TX, Houston Division |
| Edwards, Samantha vs McElroy Truck Lines | 2/20 | D | US District Court, Western District of AR |
| Lopez, Maria vs Truck Era Corporation | 12/19 | D | 506th Judicial District Waller County, TX |
| Mars, Joseph vs BNSF Railroad Company | 11/19 | D | District Court of Oklahoma County, OK |
| Barnett, Sheila vs Piper Trucking | 9/19 | D | Eastern District of KY Northern Division Covington, KY |
| Mason, Lyle vs Delivery Logistics | 9/19 | D | 55th Judicial District Court, Harris County, TX |
| Commonwealth vs Quanteacha Taylor | 6/19 | T | Fairfax County Circuit Court, VA |
| Eckert, Daryl vs KONE Elevator | 5/19 | D | 24th Judicial District, Jefferson Parish, LA |
| Max, Leovijildo vs Garcia, Liliana | 5/19 | D | County Court #4, Hildalgo County, TX |
| Liner, Mary vs Progressive Waste Solutions | 3/19 | T | 32 District Court Terrebonne, LA |
| Balencia, Elsa vs AT&T Communications | 2/19 | D | 166th Judicial Court Bexar County, TX |
| Liner, Mary vs Progressive Waste Solutions | 1/19 | D | 32 District Court Terrebonne, LA |
| Lewis, Precious vs Segura, Hector | 9/18 | D | District Court of Collin County, TX |
| Touchstone, John vs Martin, Jamie | 8/18 | D | County Court of Law No. 1 Travis County, TX |

T = Trial, D = Deposition

EXHIBIT 2