



**111 Veterans Blvd.**
**Heritage Plaza Suite 600**
**Metairie, Louisiana 70005**

504.835.5522 | fax 504.835.5535
email | hsharp@laporte.com

## C U R R I C U L U M   V I T A E

## HOLLY SHARP, CPA, CFE, CFF

| | |
|---|---|
| **BACKGROUND** | Holly is a Shareholder and Director of Consulting with LaPorte CPAs & Business Advisors.  Holly joined the firm in 1980.  Holly is also an Adjunct Professor of Taxation at A. B. Freeman School of Business, Tulane University where she has taught since 1999. |
| **EDUCATION** | M.S. Tax Accounting, University of New Orleans (1981) |
| | B.S. Business Management, Tulane University (1979) |
| **PROFESSIONAL AFFILIATIONS** | American Institute of Certified Public Accountants |
| |    *Member, Economic Damages Advisory Panel* |
| | Society of Louisiana Certified Public Accountants |
| | New Orleans Estate Planning Council, *Past President* |
| | New Orleans Association of Certified Fraud Examiners*, Past Officer* |
| | Women's Professional Council, *Past President* |
| | Tulane Association of Business Alumni, *Past President* |
| **CIVIC AFFILIATIONS** | Center for Development and Learning*, Past Board Chairman, Board Member* |
| | The Cultural Landscape Foundation*, Board Member and Treasurer* |
| | St. Charles Avenue Presbyterian Church, *Elder and 2020 Stewardship Chairman* |
| | St. Charles Avenue Association, *Board Member and Treasurer* |
| | Parking Facilities Corporation, *Board Member and Secretary* |
| | Preservation Resource Center, *Past President* |
| | New Orleans Charter Science and Mathematics High School, *Past Board Member and Treasurer* |

**NEW ORLEANS    HOUSTON    BATON ROUGE    COVINGTON    HOUMA**

EXHIBIT 2

Holly Sharp, CPA, CFE, CFF
Curriculum Vitae
*Page 2*

| | |
|---|---|
| **AWARDS** | New Orleans CityBusiness *2006 Women of the Year* |
| | A. B. Freeman School of Business, Tulane University *2001 Outstanding Accounting Alumna* |
| | Louise S. McGehee School *1994 Outstanding Alumna* |
| **RANGE OF EXPERIENCE** | Experience includes extensive consulting work in the areas of taxation for individuals, corporations and other entities, as well as financial planning, estate planning, and business succession planning. Litigation experience includes testimony and forensic accounting services in accounting, financial, economic and business issues. Ms. Sharp is a Certified Public Accountant, Certified Fraud Examiner and Certified in Financial Forensics. |
| **EMPLOYMENT HISTORY** | LaPorte CPAs and Business Advisors.......................... 1981- present |
| | Tulane University: ............................................................ 1999 - present |
| **FEE SCHEDULE** | Holly Sharp, CPA, CFE, CFF............................................$375 per hour except for deposition. Deposition rate is $500 for the first hour; $375 for additional hours. |
| | Income Directors…………………………………......$300 per hour |
| | Senior Accountants and Managers...................................$180 to $210 per hour |
| | Staff Accountants………………………………….$135 per hour |
| **PUBLICATIONS PAST 10 YEARS** | *Measuring Damages Involving Individuals,* AICPA, 2013. |
| | *Attaining Reasonable Certainty in Economic Damages Calculations,* AICPA, 2015. |
| | *Specialized Forensic Accounting Education: Individual Damages Concepts and Calculations,* AICPA, 2018. |
| | *Calculating Lost Profits*, AICPA, 2019. |

**SPEECHES**
**Past 10 Years**

"Taxation for the Non-Taxation Lawyer" *Louisiana State Bar Association Continuing Legal Education,* October 22, 2010.

"Advanced Topics in Personal Injury Calculations" *AICPA Forensic & Valuation Services Conference,* November 12, 2012.

"Understanding and Calculating Lost Profits Damage" *LSU Fraud and Forensic Accounting Conference,* July 29, 2013.

"Calculation of Damages Involving Individuals" *2013 Forensic & Litigation Services Workshop,* October 25, 2013.

"Discount Rates and Economic Damages" *2013 Forensic & Litigation Services Workshop,* October 25, 2013.

"Personal Injury Damages" *2013 AICPA Forensic and Valuation Conference,* November 12, 2013.

"Reporting and Communicating Results in Forensic Accounting Assignments" *2013 AICPA Forensic and Valuation Conference,* November 12, 2013.

"Damage Calculation for Personal Injury" *2015 AICPA Forensic and Valuation Conference,* November 8, 2015.

"Everything you wanted to know about Basis- and a Little More!" *Loyola 2015 Annual Estate Planning Conference,* December 3, 2015.

"Attaining Reasonable Certainty in Damages Calculations" *2016 Forensic & Litigation Services Workshop,* October 28, 2016.

"Forensic Accounting Issues with Trust and Estates" AICPA *2016 Forensic & Valuation Services Conference,* November 7, 2016.

"Damages Calculations for Individuals" AICPA *2016 Forensic & Valuation Services Conference,* November 7, 2016.

"Healthcare Fraud" TAHRA, April 28, 2017 and HFMA South Texas Annual Meeting, May 23, 2017.

"Forensic Accounting Issues that Arise in Litigation" Louisiana State Bar Association Continuing Legal Education Program, August 25, 2017.

"Working Together: The Vocational and Forensic Experts" International Association of Rehabilitation Professions Louisiana, February 21, 2019.

"Forensic Accounting Concepts in the Covid-19 World" AICPA, August 19, 2020.

Holly Sharp, CPA, CFE, CFF
Curriculum Vitae
*Page 4*

# EXPERT WITNESS TESTIMONY PAST 4 YEARS

| | |
|---|---|
| Gustave J. Labarre, Jr. et al. v. Occidental Chemical Company, et al. | 2017 deposition testimony |
| Gustave J. LaBarre, Jr. et al. v. Texas Brine Co., et al. | 2017 deposition testimony |
| Henry Wayne Musgrove v. Waddle Trucking LLC, et al. | 2017 deposition testimony |
| Jeron Abshire v. New Hampshire Insurance Co., et al. | 2017 deposition testimony |
| Michael Chavin, et al. v. Ingersoll-Rand, PLC, et al. | 2017 deposition testimony |
| Melissa Barber v. Jessica Lee Wright and .Ace American Insurance Company | 2017 deposition testimony |
| Texas Brine Company vs. Occidental Chemical Corporation | 2017 deposition testimony |
| Consolidated Companies, Inc. vs. Fishman et al. | 2017 deposition testimony |
| Access World (USA) LLC v. Trafigura Trading, LLC | 2017 deposition testimony |
| Holloway Drilling et al. v. Danielle Bodin et al. | 2017 deposition testimony |
| W. Chris Beary v. David W. Deese et al. | 2017 deposition testimony |
| Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company et al. | 2018 deposition testimony |
| Roosevelt Collins v. Desert Sands Trucking, et al. | 2018 deposition testimony |
| Ronald H. Dawson, Jr. et al. v. Joseph P. Dorignac, IV et al. | 2018 trial testimony<br>*Expert CPA, CFE, CFF* |
| State of Louisiana Department of Transportation v. Motiva Enterprises, LLC | 2018 deposition testimony |
| Eddie Lindsey v. United Airlines, Inc. | 2018 deposition testimony |
| Neesha Maria Bukht v. Anupam Srivastava | 2018 deposition testimony |
| Bordelon Marine, Inc. v. Energy XXI GOM, LLC | 2018 deposition testimony |

**NEW ORLEANS   HOUSTON   BATON ROUGE   COVINGTON   HOUMA**

Holly Sharp, CPA, CFE, CFF
Curriculum Vitae
*Page 5*

**EXPERT WITNESS TESTIMONY** – *Continued*

| | |
|---|---|
| W. Chris Beary v. David W. Deese et al. | 2018 deposition testimony |
| Succession of Charles B. Fanz, Jr. | 2018 trial testimony<br>*Expert CPA, Forensic Accounting, Tax Accounting* |
| Michael Cal Clary et al. v. State Farm Mutual Automobile Insurance Company, et al. | 2018 deposition testimony |
| Stacy J. Benefield et al. v. Anderson Regional Medical Center, et al. | 2018 deposition testimony |
| Consolidated Companies, Inc. vs. Fishman et al. | 2018 deposition testimony |
| Jason Cooksey et al. v. Hunt Solutions Group LLC et al. | 2018 deposition testimony |
| Pontchartrain Natural Gas System, et al. v. Texas Brine Company, LLC | 2019 deposition and trial testimony<br>*Expert CPA* |
| Fanny Farms et al. v. Plaquemines Parish Government | 2019 deposition testimony |
| Hornbeck Offshore Services, LLC and VT Halter Marine, Inc. | 2019 Arbitration testimony<br>*Expert in Accounting, Forensic Accounting, Economic and Financial Damage Calculation, Economic and Financial Projections* |
| Warren Lester, et al. v. Exxon Mobil, et al. | 2019 deposition testimony |
| Hunter William Foote, Jr. v. Dudley S. Burwell, M.D. et al. | 2019 trial testimony<br>*Expert in Economic Loss Calculation* |
| Steven Dowden v. Sean Pastor, Venture Marketing, and Nationwide Agribusiness Insurance Company | 2019 trial testimony<br>*Expert in Economic Loss Calculation; Expert in Tax Accounting* |
| Gulf Marine Fabricators, LP v. Walter Oil & Gas Corporation, et al. | 2020 deposition testimony |
| Patricia Monzingo et al. v. John Flories, et al. | 2020 deposition testimony |
| Linda Bombardier v. Richard Clasen, et al. | 2020 trial testimony<br>*Expert in forensic economics* |
| Manjit Sangha v. Navig8 Ship Management PTE Ltd And Navig8 Group | 2020 trial testimony<br>*Expert in economic loss calculation* |

Holly Sharp, CPA, CFE, CFF
Curriculum Vitae
*Page 6*

**EXPERT WITNESS TESTIMONY** – *Continued*

| | |
|---|---|
| Jason Meador v. Starr Indemnity & Liability Co. | 2020 deposition testimony |
| Succession of Madeline Dale Wood Tonti | 2020 deposition testimony |
| WWII Theatre, Inc. v. DeSimone Consulting Engineering Group, LLC, et al. | 2021 deposition testimony |
| West Monroe Hyundai, L.L.C. v. Timothy M. Brandon, Architect, A.P.C., et al. | 2021 deposition testimony |
| Darren Michael Shields, et al. v. State Farm Mutual Automobile Insurance Company | 2021 deposition and trial testimony *Expert in Accounting; Expert in Damage Calculation* |
| Michael Fuselier, et al. v. Everest National Insurance Co., et al. | 2021 deposition testimony |
| Louisiana Newpack Shrimp, Inc. vs. Ocean Feast of China, Ltd., et al. | 2021 trial testimony *Expert CPA, Expert in Forensic Accounting, Expert CFE* |
| Christopher and Lynn Gresham v. Donna Dufour, et al. | 2021 deposition testimony |
| Christian Garza v. Take5, LLC, et al. | 2021 deposition testimony |
| Linda L. Foley v. Judy L. Davis, Trustee | 2022 trial testimony *Court appointed Expert in Accounting* |
| Christopher and Lynn Gresham v. Donna Dufour, et al. | 2022 trial testimony *Expert in Economic Loss Calculation* |
| Patricia Monzingo et al. v. John Flories, et al. | 2022 trial testimony *Expert in Economic Loss Calculation* |