

Todd S. Capielano, M.Ed., LRC, CRC, LPC, CLCP, CCM
tcapielano@stokes-associates.com
504.454.5009
Direct Dial: 504.608.6957
Cell: 504.388.6910

# Todd Samuel Capielano, M.Ed., LRC, CRC, LPC, CLCP, CCM

### LICENSES/CERTIFICATIONS:

Licensed Rehabilitation Counselor, #200.

Licensed Professional Counselor, #1869.

Certified Rehabilitation Counselor, #30930.

Certified Case Manager, #11513.

Certified Life Care Planner, International Commission on Health Care Certification, #1315

Accepted as vocational expert in Federal Court, State Courts, and by Administrative Law Judges for both State Workers Compensation and Longshore Harbor Workers claims.

On contract as a vocational expert with Social Security Administration, Office of Disability Adjudication & Review, 1992 – present.

### EDUCATIONAL BACKGROUND:

University of Florida, post graduate education in Life Care Planning, 2014-2015.

Master of Education in Human Services Counseling, University of New Orleans, 1992.

Bachelor of Science in Rehabilitation Counseling, School of Allied Health Professions, Louisiana State University Medical Center, New Orleans, Louisiana 1986.

### PROFESSIONAL EXPERIENCE:

Stokes & Associates, Inc., 3501 N. Causeway Blvd. Suite 900, Metairie, Louisiana 70002.
May 2012 – present.
**Vocational and Life Care Plan Expert**

3501 N. Causeway Blvd., Suite 900 | Metairie, LA 70002 | PHONE: 504.454.5009 | FAX: 504.455.1081
1120 Nasa Pkwy., Suite 220K | Houston, TX 77058 | 281.335.5300
WWW.STOKES-ASSOCIATES.COM

EXHIBIT 3

Capielano & Associates, Inc., 3501 N. Causeway Blvd. Suite 900, Metairie, Louisiana 70002.
 September 1994 - present.
  **Vocational Rehabilitation Counselor/Licensed Professional Counselor**

Lighthouse Counseling Center, 4728 Jefferson Highway, Jefferson, Louisiana 70121.
 1997 – 2012.
  **Co-Owner**
  **Licensed Professional Counselor**

Jennifer Palmer & Company, 4500 Clearview Parkway, Suite 200, Metairie, Louisiana 70006.
 August 1987 - September 1994.
  **Vocational Rehabilitation Counselor/Supervisor of Job Development and Resources**

Office of Hearings & Appeals, Social Security Administration.
 January 1992 - present.
  **Vocational Expert**

Bethesda Bible College, 5708 Airline Drive, Metairie, Louisiana 70001.
 Adjunct Professor
 2004 – 2013.
  **Instructor**

International Rehabilitation Association, 3300 West Esplanade Avenue, Suite 405, Metairie, Louisiana 70002.  August 1986 - August 1987.
  **Rehabilitation Specialist**

1440 House: Transitional Residence Program, 1440 Camp Street, New Orleans, Louisiana 70130.
 December 1984 - August 1986.
  **Vocational Counselor**

## ACADEMIC HONORS AND AWARDS:

Masters' Student of the Year Award, University of New Orleans, 1992.

Certificates of Recognition for Outstanding Contribution to the School of Allied Health, Louisiana State University Medical Center, School of Allied Health Professions for the years 1985 and 1986.

## PROFESSIONAL MEMBERSHIPS:

Past President, IARP-Louisiana, 2020-2021

President, IARP-Louisiana, 2019-2020

President-elect, IARP- Louisiana, 2018-2019.

Board Member-at-Large, IARP-Louisiana, 1994-1996; 2003-2005; 2017-2018.

International Association of Rehabilitation Professionals in the Private Sector, (IARP) 1986 – Present.

IARP-Louisiana, 1986 - present.

U. S. Department of Labor Certified Rehabilitation Counselor, 1994-2021

IARP – Texas - 2022 – present

## PUBLICATIONS/RESEARCH:

"Life Care Planning: What Is It? And How Is It Used In The Forensic Arena?
Amber Allison, Ph.D., CLCP & Todd S. Capielano, M.Ed., LRC, LPC, CRC, CLCP.
GNOBFA Conference Presenter, April 2017

Article published in LaBiz, 1995-1996, p. 16-17. "Success Stories: Todd Capielano."

Capielano, T. S. (1993). "Success Story: Receptive Employer, ADA, and the will to succeed." *Louisiana Rehabilitation,* Vol. 5, #6.

Capielano, T.S. (1991). "The Americans with Disabilities Act of 1990 (ADA) and its Effect on Hiring Individuals with Disabilities." *Louisiana Rehabilitation,* Vol. 4, #1.

Burlew, L.D., Capielano, T.S., & Stokes, L.S. (1990). "The Importance of Leisure Counseling to AIDS Clients" LACD Journal, 2, p. 31.

Capielano, T. S. (1990). "My Experience with Vocational Rehabilitation Counseling in the Private Sector." *Adultspan: The Official Newsletter of the Association for Adult Development and Aging,* 4 (2).

***WORKSHOPS/SEMINARS:***

IARP-Louisiana Annual Conference, New Orleans, LA. June 2-3, 2022

International Academy of Life Care Planners (IALCP) 2022 Summit, Fort Worth, Texas, May 13-14, 2022

IARP-Louisiana Annual Conference, New Orleans, LA. June 3-4, 2021

Presenter: "Vocational Expert Testimony in a Post-COVID World", FOSSCR CONFERENCE, New Orleans, LA. September 25, 2020

IARP-Louisiana Annual Conference, New Orleans, LA. March 5-6, 2020

IARP-Louisiana Annual Conference, New Orleans, LA. February 21-22, 2019

2018 Annual Longshore Conference. Loyola University New Orleans School of Law, March 15-16, 2018

IARP-Louisiana Annual Conference, Metairie, LA. March 7-8, 2018

GNOBFA Conference Presenter, Life Care Planning: What Is It? How Is It Used in the Forensic Arena? April 27, 2017

IARP-Louisiana Annual Conference, Metairie, LA. April 6-7, 2017

2017 Annual Longshore Conference. Loyola University New Orleans School of Law, March 9-10, 2017

Louisiana Workers' Compensation Corporation, "2013 Provider Partnership Conference", August 23-24, 2013, New Orleans, LA

Trained in Emotionally Focused Couples Therapy, Externship, March 18-21, 2013, Tulane University, New Orleans, LA

Presenter: "Social Security Benefits and Vocational Rehabilitation Process", LSUMC, School of Allied Health Professions, Department of Rehabilitation Counseling, April 2, 2013

"Forensic Vocational Rehabilitation, Life Care Planning and Maritime Cases"
Loyola Law School
October 25, 2012

Guest Speaker, Louisiana Bar Association, Social Security Disability 2011, November 18, 2011, New Orleans, Louisiana.

A.A.C.C. World Conference, Nashville, Tennessee, September 2011.
A.A.C.C. World Conference, Nashville, Tennessee, September 2009.

A.A.C.C. World Conference, Nashville, Tennessee, September 2007.

U. S. Department of Labor OWCP Certification Workshop for Vocational Rehabilitation Counselors, sponsored by the United States Department of Labor, New Orleans, Louisiana, May 22, 2007.

### *WORKSHOPS/SEMINARS/GROUPS (Continued):*

Presenter: "What are the Vocational Experts Thinking", Fifth Circuit Organization of Social Security Claimant's Representatives (FOSSCR), New Orleans, Louisiana, January 27, 2007.

"Recovery Group for Victims of Childhood Trauma", Celebration Church, Byron Keller, Metairie, Louisiana, October 18 – 19, 2006.

Presenter: "Recovering from Loss, Crisis, and Trauma", Victory Fellowship, Metairie, Louisiana, February 4, 2006.

Instructor: Victory Fellowship, "The Victory: Overcoming the Trials of Life", Video series with Dr. H. Norman Wright, February 2006 – April 2006.

Victim Relief Ministries, Dallas, Texas, "Victim Chaplain and Crisis Responder Certification Training", October 21 – 22, 2005.

A.A.C.C. World Conference, Nashville, Tennessee, September 2005.

2005 LARP Annual Conference, New Orleans, Louisiana, May 2005.

Instructor: Bethesda Bible College, Metairie, Louisiana. "Introduction to Counseling", August 2004 - December 2004.

2004 LARP Annual Conference, Harahan, Louisiana, November 2004.

L.A.B.I., LARP Legislative Conference, Baton Rouge, Louisiana, February 2004.

A.A.C.C. World Conference, Nashville, Tennessee, September 2003.

2003 LARP Annual Conference, New Orleans, Louisiana, September 2003.

<u>Facilitator</u>, "Raising Boys" video series by Dr. James Dobson. Memorial Baptist Christian School, February 7, 2003 - March 21, 2003.

<u>Presenter</u>, "A Success Story", 2002 LARP Annual Conference, New Orleans, Louisiana, August 22 – 23, 2002

A.A.C.C. World Conference, Nashville, Tennessee, September 2001.

U.S. Department of Labor Certification Workshop for Vocational Rehabilitation Counselors, sponsored by the United States Department of Labor, New Orleans, Louisiana, January 23, 2001.

## *WORKSHOPS/SEMINARS/GROUPS (Continued):*

<u>Presenter</u>: "Vocational Rehabilitation and Louisiana Law", Zurich US Insurance Company, Dallas, Texas, November 9, 2000.

<u>Co-Presenter</u>: Louisiana Association of Self-Insured Employers, "Panel Discussion Psychosocial Issues" (Co-Presenters, Dr. Kevin Bianchini; Dr. Rennie Culver; Moderator – Jane Patton, Jefferson Parish School Board, November 10, 2000.

LWCC Vendor Training Workshop, LWCC, Baton Rouge, Louisiana, October 4, 2000.

<u>Presenter</u>: "Vocational Rehabilitation Goals of the Worker's Compensation Act", State Claims Adjusters, Inc., Alexandria, Louisiana July 7, 2000.

American Association of Christian Counselors, "Christian Counseling Today – Anger", June 22, 2000.

"Directions in Rehabilitation Counseling", Thirty-hour self-study course work, June 21, 2000.

American Association of Christian Counselors, "Christian Counseling Today – Trauma", May 30, 2000.

<u>Presenter</u>: Lorman Education Services/Law Firm Juge, Napolitano, et al, "Worker's Compensation in Louisiana", New Orleans, Louisiana, March 24, 2000.

A Multi-Disciplinary Approach to Chronic Pain, LARP Workshop, Metairie, Louisiana, January 31, 2000.

Loyola University School of Law/Department of Labor New Orleans, Louisiana, "A Day with the Department of Labor", December 15, 1999.

A.A.C.C. World Conference, Nashville, Tennessee, September 1999.

Behavioral Healthcare Systems, LARP Workshop, November 19, 1998.

Clinical Supervision Training Workshop, University of New Orleans, LPC Supervisor, March – April 1998.

Presenter: "Utilizing a Vocational Expert", Chopin, Wagar, Nelson, et al, Law Firm, Metairie, Louisiana, December 5, 1997.

U. S. Department of Labor Certification Refresher Course, New Orleans, Louisiana for Vocational Rehabilitation Counselors, October 10, 1997

A.A.C.C. World Conference, Dallas, Texas, September 1997.

A.A.C.C. Regional Conference, Dallas, Texas; Emerging Issues in Christian Counseling; September 27 & 28, 1996.

LSU, LRA, LARP Eighth Annual Conference, New Orleans, August 23, 1996.

LARP Annual Conference, Counseling, Case Management, and All That Jazz, New Orleans, Louisiana, June 1996.

LARP Legislative Seminar, LARP, Baton Rouge, Louisiana, February 28, 1996.

Thoracic Outlet Syndrome, Crescent City Physical Therapy, November 14, 1995.

Seventh Annual Rehabilitation Seminar, LSUMC, LRA, LARP, New Orleans, Louisiana, September 1, 1995.

Presenter: "Ethical Practices & Dilemmas: A Rehabilitation Counselor's Perspective" National Rehabilitation Counseling Association, August 24, 1995.

LARP Annual Conference, New Orleans, Louisiana "Magic, Music & Methods in Rehabilitation", July 13 & 14, 1995.

Louisiana Associates of Rehabilitation Professionals Annual Conference, "Magic, Music & Methods in Rehabilitation", New Orleans, Louisiana July 13 and 14, 1995.

Louisiana Claims Association, "Educational Conference Expo", New Orleans, Louisiana, June 2 and 3, 1995.

"Treating Herniated Discs: Clinical and Cost Consideration", L.A.R.P., Metairie, Louisiana, April 21, 1995

"Functional Capacities Evaluation", L.A.R.P., Metairie, Louisiana, March 21, 1995.

"Cumulative Trauma Disorder", Dr. Gordon Nutik, Metairie, Louisiana, December 7, 1994.

LARP Annual Conference, New Orleans, Louisiana, "Multi-Disciplinary Approach to Case Management", November 13-14, 1994.

Social Security Administration Training for Vocational Experts, Metairie, Louisiana October 5, 1994.

State Workers' Compensation Training, Chief Judge Nancy Griswold, July 15, 1994.

### *WORKSHOPS/SEMINARS/GROUPS (Continued):*

NARPPS National Conference, April 1994. "Gaining the Competitive Edge: Horizons for the Advanced Practitioner," Chicago, Illinois.

L.R.C. supervision training, L.P.V.R.C. Board of Examiners, Larry S. Stokes, October 21, 1993.

Basic Supervision Workshop, Ron Nutt - presenter, Padgett-Thompson, June 29, 1993.

Mild Brain Injury, Dr. Michael Howard, Rehabilitation Institute of New Orleans, Louisiana, January 20, 1993.

Speaker, East Jefferson Hospital and Business & Industry Group, "Get a Grip on the ADA", June 26, 1992.

Touro Rehabilitation: Supported Employment, Janet Beaugh, June 10, 1992.

Chronic Pain Seminar, sponsored by F. Edward Hebert Hospital, February 21, 1992.

Guest Lecturer, UNO, Vocational Guidance class for counselors: "Disability Services and Vocational Rehabilitation," April 17, 1991.

"Chemical Dependency in the Workplace," Steve Traylor, Recovery Center, presented at HealthSouth Rehabilitation, November 26, 1990.

Presenter: "Leisure Issues in Counseling AIDS Clients," at the Annual Seminar of the Louisiana Association for Counseling and Development (LACD), Clarion Hotel, New Orleans, Louisiana, October 31, 1990.

"The Future of Counseling & Counselor Licensure in Louisiana," Tom Terrell, Ed.D., sponsored by Chi Sigma Iota Honor Society, UNO, October 5, 1990.

Transferable Skills Motivation, an Improved Approach to Job Placement," Paul Hagle, LARP Annual Seminar, Baton Rouge, Louisiana, September 14, 1990.

"AIDS, Disability, and the Rehabilitation Professional," presented by Larry Burlew, Ed.D., Methodist Hospital, New Orleans, Louisiana, July 27, 1990.

"An Overview of Louisiana's Workers' Compensation Law," presented by Nicholas Canadais, III, at Touro Rehabilitation Center, July 1990.

"Chemical Dependency and Job Performance" sponsored by CPC Coliseum Medical Center - Michael McNeil, BCSW. May 24, 1990.

"Counselors" presented by Larry S. Stokes, Chairman of the Louisiana Licensed Vocational Rehabilitation Counselors Board of Examiners, April 27, 1990.

***WORKSHOPS/SEMINARS/GROUPS*** *(Continued):*

Guest Speaker, Spinal Cord Injury Support Group, Rehabilitation Institute of New Orleans, Louisiana," Vocational Rehabilitation Issues" March 21, 1990.

NARPPS 1990 National Conference, "CASE MANAGEMENT: The Next Generation." Workshops attended:
- *Factors Involved in Return to Work after an Industrial Injury.*
- *Licensing Rehabilitation Counselors.*
- *Ethics: How Do Rehabilitation Professionals Deal with Ethical Dilemmas?*
- *The Forensic Aspects of LTD.*
- *The Difficult Injured Worker: Breaking Through the Ice of Resistance.*
- *Pediatric Head Injury Cases.*
- *An AIDS Referral? What Next?*

*The Untapped Human Resource: The Disabled Worker.* November 15, 1989, Metairie, Louisiana. (Organized and facilitated.)

*Traumatic Stress: A Legal and Medical perspective,* LARP Annual Seminar, October 28, 1989.

Guest Speaker, LSU School of Allied Health Professions in Rehabilitation Counseling, 1988.

Department of Labor Certification for administration of the *General Aptitude Test Battery* (GATB), 1988.

*Communications Styles Technology,* Larry Bledsoe, President, Mok-Bledsoe International, LARP Annual Seminar, October 30, 1987.

*Treatment of Chronic Pain,* Richard Morse, 1986.

Job Club, John McGregor, 1986.

Chiropractic Bill Review Seminar, International Rehabilitation Institute, 1986.

## Trial Testimony Record
*of*
Todd S. Capielano, M.Ed., LRC, LPC, CRC, CCM, CLCP

| Date | Case Name | Court |
|---|---|---|
| September 29, 2015 | Jesse Franklin vs. Greystar Corporation | US Department of Labor; Office of Administrative Law Judges<br>Case No: 2014-LHC-980 |
| March 17, 2016 | Jacobee Lee vs. Louisiana Board of Trustees for State Colleges, et al | 19th Judicial District Court,<br>Parish of East Baton Rouge, State of Louisiana<br>Docket #593,312 |
| July 25, 2017 | Daniel Patterson v. Claims Management Wal-Mart Associates, Inc. | Office of Worker's Compensation,<br>State of Louisiana<br>No. 14-01211 |
| August 15, 2017 | Zachary D. Relan v. State of Louisiana through the Department of Health and Hospitals and Lindsay L. Pantaleo | Fortieth Judicial District Court,<br>Parish of St. John the Baptist<br>No. 66434 |
| November 6, 2017 | Virginia Ambrose Eschete v. Derek Jay Lecompte | Thirty-Second Judicial District Court,<br>Parish of Terrebonne; Louisiana.<br>Division E; No. 173,964 |
| September 20, 2018 | Elshekka Alexander, Marcol Smith, Carlotta Travis, and Tashaunna Travis, Individually and on behlf of their Mother, Vivian Travis vs. United Fire & Casualty Co., Associated Concrete Contractors, Inc. and Francisco J. Loa | 15th Judicial District Court,<br>Parish of Lafayette; State of Louisiana.<br>No. 2015-3277-C |

| | | |
|---|---|---|
| February 19, 2019 | Mohab Said v. Federated Rural Electric, et al | 36th Judicial District Court, Parish of Beauregard, State of Louisiana; Case #2013-0786, Division "A" |
| February 20, 2019 | Andrew Lee Knight vs. Kirby Offshore Marine, LLC, and Kirby Offshore Marie Pacific, LLC. | United States District Court Eastern District of Louisiana Civil Action No. 2:17-CV-12453. Section "H" |
| March 14, 2019 | William Black v. Diamond Offshore Drilling, Inc., et al | 281st Judicial District Court, Harris County, State of Texas; Case No. 2015-74728 |
| April 16, 2019 | Karlin Riley vs. Rachel Lee Hollander, John D, Hollander and Metropolitan Property and Casualty Insurance Company | 24th Judicial District Court, Parish of Jefferson; State of Louisiana. No. 765256 -K |
| July 23, 2020 | Raymond Smith Versus Holly Farish | 22nd Judicial District Court State of Louisiana; Parish of St. Tammany Docket No. 2019-14306 Div. "K" |
| March 30, 2021 | Yolanda Thomas, et al vs. Louisiana Farm Bureau Mutual Insurance Company, et als | 34th Judicial District Court Parish of St. Bernard; State of Louisiana Case No.:19-1323 Div. "D" |
| March 15, 2022 | James Minckler vs. Waterman Steamship Corporation and Seabulk Towing Services, Inc. | United States District Court Eastern District of Louisiana Civil Action No. 20-1173 |

# Deposition Record

*of*

Todd S. Capielano, M.Ed., LRC, LPC, CRC, CCM, CLCP

| Date | Case Name | Court |
|---|---|---|
| September 10, 2015 | Jacobee Lee vs. Louisiana Board of Trustees for State Colleges, et al | 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana Docket #593,312 |
| May 18, 2016 | Nicholas Santana vs. R&J Services. LLC and Ellsworth Corporation | Office of Worker's Compensation, State of Louisiana No. 05-302596 |
| June 30, 2016 | Michael Cheese vs. GIS Marine, LLC | United States District Court Eastern District of Louisiana Civil Action No. 2:14-CV-01018 |
| September 20, 2016 | Mohab Said vs Federated Rural Electric Insurance Exchange, et al | 36th Judicial District Court, Parish of Beauregard, State of Louisiana No. 20130786 |
| September 26, 2016 | Zachary Relan vs State of Louisiana through the Department of Health & Hospitals and Lindsay L. Pantaleo | 40th Judicial District Court, Parish of St. John the Baptist Division "B" No. 66434 |
| December 15, 2016 | Christopher Minchew vs Helix Energy Solutions Group, Inc. | United States District Court Eastern District of Louisiana Civil Action No. 15-3825 |
| February 26, 2018 | Adrian Canales vs Nabors Drilling USA, L.P. | 143 Judicial District Court, Reeves County, Texas Cause No. 15-03-20959-CVR |

| | | |
|---|---|---|
| April 16, 2018 | Latate Smith, individually and on behalf of her minor children, Gary Swanson, Jr. and Kemis Darensbourg vs Johnny Treadaway, Travelers Insurance Company, The State of Louisiana through The Department of Transportation and Development and The City of New Orleans | Civil District Court, Orleans Parish, Louisiana No. 1999-09931, Division "L-6" |
| April 30, 2018 | Christopher Arena v. Diamond Offshore Drilling, Inc., et al | 129th Judicial District Court, Harris County, Texas Cause No. 2016-63887 |
| May 10, 2018 | Angela Morris, as Conservator of Kentheral Chambers, Jr., an incapacitated adult v. The Emory clinic, Inc., Emory University, Jonathan Grossberg, M.D., Joshua Osbun, M.D., Brandon Miller, M.D., John Doe M.D.'s 1-2, and XYZ Corporations. | State Court of Dekalb County, State of Georgia. Civil Action No. 17A64999-4 |
| July 10, 2018 | Julia Arita and Jose Arita, On behalf of his minor child, Samuel Arita vs. Brady A. Sheumaker, NCR Corporation and Ace American Insurance Company. | 19th Judicial District Court, East Baton Rouge Parish, Louisiana Docket No.:632,702; Section: 27 |
| July 12, 2018 | Anthony Cook and Cindy Cook vs. Kajun Kettle Foods, Inc. and Lawrence James. | Civil District Court, Orleans Parish, Louisiana No. 11-9601, Division "F-7" |
| November 16, 2018 | Patrick Gray vs. Union Pacific Railroad Company. | 24th Judicial District Court, Parish of Jefferson, State of Louisiana No. 766770 "B" |
| January 8, 2019 | Raul Guillen vs. Travelers Casualty Company of Connecticut, Duplain W. Rhodes Funeral Home, Inc. & Lionel R. Sims | Civil District Court, Orleans Parish, Louisiana No. 2015-07575, Division "A" |

| | | |
|---|---|---|
| February 12, 2019 | Richard King vs. Range Louisiana Operating, LLC | 2nd Judicial District Court, Claiborne Parish, State of Louisiana<br>No. 41155 |
| February 19, 2019 | Marquette Transportation Company Offshore, LLC vs. Abel Cisneros and Great Lakes Dredge & Dock Company, LLC. | United States District Court<br>Western District of Kentucky<br>Paducah Division<br>Case No. 5:17-00106-TBR |
| March 1, 2019 | JoAnn Carlisle, Individually and as Natural Parent and Legal Guardian of Kristen Rowland, a minor, vs. Rutilio Garcia, MD, et al., | Circuit Court<br>Chambers County, Alabama<br>CV No. 2012-900071 |
| August 22, 2019 | Heather Durr, et al vs. Atlantic Specialty Insurance Company, et al. | 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana<br>No. 2015-13627, Division "c" |
| October 31, 2019 | John N. Cetinich and Ruth A. Cetinich vs. Jefferson Parish Hospital Service District NO. 2, Parish of Jefferson, State of Louisiana D/B/A East Jefferson General Hospital, Ronald H. Taylor and Catlin Insurance Company | 24th Judicial District Court, Parish Of Jefferson, State of Louisiana<br>No. 783-872, Division "N" |
| February 3, 2020 | Patricia Lauffer Wife of/and Richard D. Lauffer vs. Gerald Patterson and EAN Holdings, LLC | 40th JDC – Parish of St. John the Baptist, No. 70858, Div. "C"<br>Case No. 1000-22810 |
| February 12, 2020 | Margaret Crain and David Crain vs. National Liability & Fire Insurance Company, Orleans Shoring, LLC and Derek Hobbs | Civil District Court for The Parish of Orleans State of Louisiana Division "B"<br>Section 5<br>No. 2018-1280 |

| | | |
|---|---|---|
| May 8, 2020 | Matthew Ryan Gonzalez vs. Gelco Fleet Trust, Securitas Security Services USA, Inc. and Fredrick Leroy Leech. II | C-68th Judicial District Court of Dallas County, Texas; GJTBS File No. HO6450-36<br>Cause No. DC-18-18552 |
| June 30, 2020 | Jean Henderson, as next of friend of and for Christopher Devonte Henderson V. Harris County, Texas; and Arthur Simon Garduno | In the United States District Court for the Southern District of Texas Houston Division<br>Civil Action No. 4:18-CV-02052 |
| July 14, 2020 | Marco Ochoa vs. Brad Aldrete & Sons Shoring Co., Inc., and State Farm Mutual Automobile Insurance Company | 24th Judicial District Court for the Parish of Jefferson<br>No. 793-366, Div. "A" |
| July 27, 2020 | Jose Torrez vs. Nathan Mikal Davis | In the District Court Galveston County, Texas<br>405th Judicial District<br>Cause No. 18-CV-1639 |
| August 4, 2020 | Kimberly Toups vs. Triumph Investments Group, et al. | 19th Judicial District Court<br>Parish of East Baton Rouge<br>State of Louisiana<br>Number C-630449 22 |
| October 7, 2020 | Yolanda Thomas, et al vs. Kyle J. Mannor, et al | 24th Judicial District Court for the Parish of Jefferson<br>State of Louisiana<br>No. 762-346, Div. "F" |
| December 15, 2020 | Charlie Anderson, Jr. vs. Elite Concrete Pumpers, LLC | 16th Judicial District Court<br>St. Mary Parish, Louisiana<br>Docket No. 129020 Div. E |

| | | |
|---|---|---|
| January 27, 2021 | Rusty Pelsia vs. Supreme Offshore Services, Inc., et. al. | USDC Eastern District of LA<br>Civil Action No. 2:19-cv-12295; Section "B"<br>Judge Ivan L.R. Lemelle; Mag. Janis Van Meerveld |
| February 1, 2021 | Tammy Meshreky vs. Southwest Airlines Co., et. al. | USDC Eastern District of Louisiana<br>Civil Action No.: 19-cv-09179<br>Judge: Carl J. Barbier; Mag: Dana M. Douglas |
| February 11, 2021 | Heriberto Roman vs. Goode-Cook, INC. | Cause No. 2019-30888<br>In the District Court of Harris County, Texas 164th Judicial District |
| March 8, 2021 | Justin D. Hammond vs. Jessie Steele; RPM Pizza, INC.; RPM Pizza, LLC; RPM Pizza Midwest, LLC; RPM Pizza Ventures, LLC; RPM Pizza Ventures, II, LLC | In the Circuit Court of Harrison County Mississippi Judicial District Two<br>Cause NO: A2404-2019-120 |
| March 31, 2021 | David Martin vs. Performance Food Group, Inc. | Arbitration No. TAMS 20-0526-ARB<br>Texas Arbitration<br>Mediation Services, Inc.<br>El Paso, Texas |
| April 5, 2021 | Christopher DiMenna vs. State Farm Mutual Automobile Insurance Company, et al | 19th Judicial District Court for the Parish of East Baton Rouge<br>State of Louisiana<br>No. 622,242 Section "26" |
| April 14, 2021 | Claude Martin, et al vs. SMG Worldwide Entertainment and Convention Venue Management and the State of Louisiana, through the Louisiana Stadium and Exposition District | Civil District Court for the<br>Parish of Orleans<br>State of Louisiana<br>No. 2017-00823 Division: J |

| | | |
|---|---|---|
| May 12, 2021 | Diana Mendez vs. Arch Insurance Company, Progressive Waste Solutions of LA, INC., and Darnell Hayes | 21st Judicial District Court for the Parish of Tangipahoa<br>State of Louisiana<br>Docket No.: 2016-0002641 Division: "F" |
| May 19, 2021 | Jerry A. Brown vs. The Grocers Supply Produce Co., LLC, and Juan Paulo Perales | In the District Court of<br>Harris County, Texas<br>133rd Judicial District<br>Cause No. 2019-67061 |
| September 17, 2021 | Doris Castro vs. Kellermeyer Bergensons Services, LLC and Karmay Janitorial Services, LLC | In the District Court<br>Harris County, Texas<br>295th Judicial District<br>No. 2019-33406 |
| September 23, 2021 | Michael J. Harmon vs. Post Oak Real Estate Holding Inc. and CBRE Services, INC. | In the District Court<br>269th Judicial District<br>Harris County, Texas<br>Cause No. 2018-18702 |
| October 20, 2021 | Eirin Bruheim and Nordic Lights Farm, LLC v. Mark Bellissimo, Tryon Equestrian Properties, LLC, Tryon Equestrian Properties NO. 2, LLC, Tryon Horse Shows, LLC, and Tryon Showgrounds, LLC | In the Circuit Court of the Fifthteenth Judicial Circuit in and for Palm Beach County, State of Florida<br>Circuit Civil Division<br>Case NO.: 17-CA-006060<br>Division: AJ |
| November 23, 2021 | Jhon Rodriguez vs. Universal Truckload Services, INC. d/b/a U.T.S.I., INC. and Rogellio Torres | In the District Court of Harris County, Texas<br>190th District Court<br>NO. 201927385 |
| December 8, 2021 | Jeremiah Thomas vs. Waste Management of Louisiana, LLA D/B/A/ Waste Management New Orleans Hauling and Wardell Allen | Docket No. 62-894 DIV "A"<br>25th Judicial District Court<br>Parish of Plaquemines<br>State of Louisiana |

| | | |
|---|---|---|
| December 17, 2021 | David Johnson vs. Alexander Jackson, Flettrich Transportation Systems and Berkshire Hathaway Homestate Insurance Company | Civil District Court for the Parish of Orleans<br>State of Louisiana<br>No. 2016-08592 Section "06" |
| January 10, 2022 | Jonathan Trevino vs. Material Express, Inc. and Cisnero Jorge Gonzalez | Cause No. 2020-50757<br>In the District Court<br>295th Judicial District<br>Harris County Texas |
| January 26, 2022 | Alex Jimenez vs. Watco Companies, LLC | In the District Court<br>Harris County, Texas<br>270th Judicial District<br>Cause No. 2019-45451 |
| February 23, 2022 | Russ Johnson vs. Lowe's Home Centers, LLC. | American Arbitration Association<br>Case No. 01-19-0002-7096 |
| March 3, 2022 | Charlie Anderson, Jr. vs. Elite Concrete Pumpers, LLC | 16th Judicial District Court for the Parish of St. Mary<br>State of Louisiana<br>No.:129020 DIV.: "E" |
| March 28, 2022 | Curtis L. Thomas and Tara Thomas vs. Ayana Brown, Federal Express Corporation, and Protective Insurance Company | Civil District Court for the Parish of Orleans<br>State of Louisiana<br>Docket No.: 2020-02465 DIV. "N-8" |
| May 19, 2022 | Roland Patt, Jr. vs. Prime Property & Casualty Insurance, Inc., MS Transportation LLC and Roberto Ramiro Barco | United States District Court<br>Western District of Louisiana<br>Lafayette Division<br>Civil Action No. 6:18-CV-01477 |

Revised 5/19/2022