# CURRICULUM VITAE

Neil Cameron Romero, MD
108 Rue Louis XIV
Lafayette, LA 70508
(337) 235-8007
neil.romero@laorthospec.com

## Personal

Date of Birth: September 22, 1972
Place of Birth: Lafayette, Louisiana

## Medical Education

**Stanford University/San Francisco Combined Spine Surgery Program**
Fellow, Orthopaedic Spine Surgery, August 2008 – July 2009

**Medical University of South Carolina – Charleston, SC**
Chief Resident, Orthopaedic Surgery, July 2007 – June 2008
Resident, Orthopaedic Surgery, July 2003 – June 2007

**Louisiana State University School of Medicine - New Orleans, LA**
Doctor of Medicine, May 2003

**Professional Affiliations/Licenses/Certification**
American Board of Orthopaedic Surgery – Board Certified
American Academy of Orthopaedic Surgeons
Louisiana Medical License: MD.203233
ABOS Part I (written) July 2008
ABOS Part II (oral) July 2011
USMLE Step 1 June 2001
USMLE Step 2 August 2002
USMLE Step 3 January 2004

**Research**

*Are Routine Radiographs Needed in the First Year After Lumbar Spinal Fusions?,* Department of Orthopaedic Surgery, MUSC.  Published in *Spine* July 1, 2009.  Presented at SPINEWEEK congress in Geneva, May 2008.  Presented at NASS annual meeting in Toronto, October 2008.

*Comparison of Outcomes of Transforaminal Lumbar Interbody Fusion Using Femoral Allograft vs Carbon Fiber Reinforced Polymer,* Department of Orthopaedic Spine Surgery, Stanford University. Presented at MUSC Siegling Research Day, April 2007.

*Development of a Weight-bearing Cast for Foot and Ankle Surgery,* Department of Orthopaedic Surgery, MUSC. Presented at South Carolina/North Carolina  Orthopaedic Association Annual Meeting, October 2006 – received award for 3rd best resident paper.  Presented at MUSC Siegling Research Day, April 2006 – received Outstanding Basic Science Paper award.

*Effects of Motorcycle Riding and Possible Association with Low Back Pain,* Department of Orthopaedic Surgery, MUSC.  Published in MUSC Orthopaedic Journal, June 2006.

*Modular Stems for Revision THA,* Department of Orthopaedic Surgery, MUSC.  Served as feature article in Joint Implant Surgery and Research Foundation, February 2005.  Poster presented at New Zealand Orthopaedic Association Annual Meeting, October 2005.  Paper presented at South Carolina Orthopaedic Association Annual Meeting, July 2005 and MUSC Siegling Research Day, April 2005.

EXHIBIT 4

*Pneumatic Impactor Designed to Deliver Blows of Quantifiable Stress to In Vivo Rabbit Femoral Cartilage*, Department of Orthopaedic Surgery, LSUHSC.  Poster presented at LSUHSC Annual Research Day, September 2000.

## Undergraduate Education

**Louisiana State University - Baton Rouge, LA**
Bachelor of Science in Mechanical Engineering, minor in Environmental Engineering, May 1995
Summa Cum Laude with University Honors

**Research/Design Project**
Hyacinth Hacker and Harvester – Mechanical Engineering Senior Design Project financed by H&H Pump and Dredge Company, December 1994

## Employment

**Louisiana Orthopaedic Specialists – Lafayette, LA**
Orthopaedic Surgeon/Orthopaedic Spine Surgeon, August 2009 – present

**Trinity Consultants, Incorporated - Baton Rouge, LA**
Project Supervisor, June 1995 – August 1999

Implemented environmental data management software and systems integration, prepared Title V, Prevention of Significant Deterioration, and state permit applications, performed air dispersion modeling analyses, and conducted compliance audits for industrial clients located across the United States.  Supervised a staff of three project engineers and one business development coordinator.  Served as lead instructor for Trinity's "Air Permitting in Louisiana" training courses.

**Unocal - Lafayette, LA**
Summer Engineer, 1994

**Conoco, Inc. - Offshore Louisiana**
Summer Engineer, 1992

## Presentations

*Distal Humerus Fractures,* MUSC Orthopaedic Surgery Grand Rounds, May 2005.

*Compartment Syndrome,* MUSC Orthopaedic Surgery Grand Rounds, October 2005.

*Pediatric Forearm Fractures,* MUSC Orthopaedic Surgery Grand Rounds, April 2006.

*Management of Thoracolumbar Fractures*, MUSC Orthopaedic Surgery Grand Rounds, October 2006.

*Tibia Plateau Fractures*, MUSC Orthopaedic Surgery Grand Rounds, February 2007.

*Tumors of the Spine*, MUSC Orthopaedic Surgery Grand Rounds, August 2007.

*IME's, Impairment, and Disability,* MUSC Orthopaedic Surgery Grand Rounds, February 2008.

# Neil C. Romero, MD
# Depositions/Court Appearances

07/15/2011    Deposed by defense-video deposition for trial-Rachelle Menard vs. GEICO, et al

11/16/2011    Deposed by defense-video deposition for trial-Hein Son vs. Liberty Mutual Fire Insurance Company, Michael Bellard and RSC Equipment Rental, Inc.

12/09/2011    Deposed by defense-video deposition for trial-Carolyn M. Johnson and James M. Bridgewater vs. Rachel Sonja Murray, et al

12/16/2011    Deposed by plaintiff-deposition-Gwen Monot and Kenneth Monot vs. St. Paul Fire & Marine Ins Co, et al

03/19/2012    Deposed by defense-video deposition for trial-Lena Hebert vs. Allstate Insurance, et al

03/23/2012    Deposed by defense-Brandon Meaux vs. Tennessee Gas Pipeline, et al

05/07/2012    Deposed by defense-supplemental video deposition for trial-Carolyn M. Johnson and James M. Bridgewater vs. Rachel Sonja Murray, et al

05/30/2012    Deposed by plaintiff-deposition-Amy Mallett vs. Liberty Mutual Insurance, et al

06/27/2012    Deposed by defense-deposition-James Mullins vs. Hercules Offshore, Inc. and The Phoenix Insurance Company

10/17/2012    Deposed by plaintiff-deposition-Phil and Heather Devey vs. Stephen Hurlburt and Swift Transportation Co. of Arizona, LLC

10/24/2012    Deposed by plaintiff-deposition-Stephanie Patterson vs. The Phoenix Insurance Co.

11/12/2012    Deposed by plaintiff-deposition-Shane Eads, et al vs. Louisiana Farm Bureau Mutual Insurance Co., et al

11/13/2012    Testified in court-subpoenaed by plaintiff-Rickey Fontenot vs. Liberty Mutual Fire Insurance Co., et al

12/10/2012    Deposed by defense-deposition-Jason Mire vs. Liberty Mutual Insurance

12/12/2012    Deposed by plaintiff-deposition-Lisha Hebert vs. Javier Mendoza, et al

01/09/2013    Deposed by defense-video deposition for trial-Willa Montgomery-Willa M. Montgomery vs. USAgencies Casualty Company, John R. Bonar and National Union Fire Insurance Company of Pittsburgh, PA

01/21/2013    Deposed by plaintiff-deposition-Carolyn Ware-Carolyn Ware and Robert Ware vs. Main Street America Assurance Company, et al

02/04/2013    Deposed by defense-deposition-Jeremy Young-Jeremy Young, et al vs. SWDI, et al

02/18/2013    Deposed by defense-deposition-Ricky Landry vs. Supreme Contractors, Inc.

02/27/2013    Deposed by defense-Kevin Melancon, Sr.-Kevin Melancon vs. Wal-Mart Stores, Inc.

03/13/2013    Deposed by plaintiff-Sean Rogers-New Hampshire Insurance Co. vs. Clarence Alley & American Century Casualty Company

04/08/2013    Deposed by plaintiff- deposition-Tommy Stelly-Tommy Stelly vs. Abdon Callais Offshore, LLC

05/29/2013    Deposed by plaintiff-deposition-Lance Madison-Lance Madison and Elizabeth D'Orville vs. LA Madeleine, Inc. and Liberty Mutual Insurance Company

06/03/2013    Deposed by plaintiff- discovery deposition-Grayling Guidry vs. Manheim Auctions, Inc.

06/19/2013    Deposed by defense – discovery deposition – Larry Narcisse, Jr. vs. Zurich American Insurance Company, et al

07/08/2013    Deposed by defense – discovery deposition – Christina Hackshaw vs. Risk Management, Inc. and City of Abbeville

07/24/2013    Deposed by defense – discovery deposition – Cathy Schlabach vs. Motel 6

08/05/2013    Deposed by defense – discovery deposition – Bryan Laneaux vs. State Farm Mutual Automobile

08/12/2013    Deposed by defense – discovery deposition – Thomas Gibson vs. Resin Systems, Inc.

08/26/2013    Deposed by defense – discovery deposition – Lovely Chaisson vs. Progressive Paloverde Insurance Company, et al

09/09/2013    Deposed by defense – discovery deposition – Linda Henthorn vs. AC First and Ace American Insurance Company

09/30/2013    Deposed by plaintiff – video trial deposition – Samuel Rhorer vs. Hallmark Insurance Company, Shermika Jackson-Williams and Allstate Insurance Company

10/11/2013    Deposed by defense – discovery deposition – Angela Simoneaux vs. Acadian Ambulance Service, Inc. and Seabright Insurance Company

10/30/2013    Deposed by defense – discovery deposition – John Harrington vs. ACE American Insurance Company, et al

11/15/2013    Deposed by plaintiff – discovery deposition – Brandi Mitchell vs. Louisiana Association for Retarded Citizens, Inc. and Stone Trust Commercial Insurance Company

11/20/2013    Deposed by defense – discovery deposition – Kimberly Norwood vs. Zurich American Insurance Company, The Grocers Supply Company, Inc. and Keith Haygood

01/13/2014    Deposed by defense – discovery deposition - Travis Harrington vs. Auto Zone Development Corporation, et al

01/31/2014    Deposed by plaintiff - discovery deposition – David Howard vs. Randy Denson, et al

03/12/2014    Deposed by defense – discovery deposition – Shantele Jones vs. Hallmark Specialty Insurance Company, et al

03/19/2014    Deposed by defense – discovery deposition – John Gautreaux vs. Excel, Inc. of Louisiana, et al

3/21/2014    Deposed by plaintiff – Video Trial Deposition – David Howard vs. Randy Denson, et al

4/07/2014    Deposed by defense – discovery deposition – Russell Armand vs. C. R. England, Inc., et al

04/21/2014    Deposed by plaintiff – trial deposition – Tommy Hebert vs. J. Oran Richard, et al

05/07/2014    Deposed by defense – discovery deposition – Landry Guillory vs. Jefferson Davis Parish School Board and LWCC

07/23/2014    Deposed by defense – discovery deposition – Catherine Tolbert vs. Allstate Insurance Company and Zachary Kass

08/18/2014    Deposed by defense – discovery deposition – Ronald Broussard vs. State National Insurance Company, Inc., Frederick General Services, LLC and Jesse Gauthreaux

08/20/2014    Deposed by defense – discovery deposition – Jason Mire vs. Ensco, et al

08/27/2014    Deposed by defense – discovery deposition – Jeannie Bourque vs. Ace Transportation, et al

09/10/2014    Deposed by defense – discovery deposition – Joseph Michael Davis, et al vs. Dr. Kevin Lenderman, DC

09/17/2014    Deposed by defense – discovery deposition – Stephanie Johnson vs. Allstate Property and Casualty Insurance Company and Jeremy Cart

09/29/2014    Deposed by defense – discovery deposition – Justin Capritto vs. Oceaneering International Employer & Ace American Insurance Co.-ESIS Carrier

10/09/2014    Deposed by defense – discovery deposition – Gerald McGuire vs. Travelers Indemnity Company of Connecticut, et al

10/15/2014    Deposed by defense – video trial depo – Patricia Bell vs. Carencro Nursing Home, Inc., et al

10/22/2014    Deposed by defense – discovery deposition – Cheryl Dupre vs. Pathfinder Insurance Company, et al

11/05/2014    Deposed by defense – discovery deposition – Joseph Thibodeaux vs. ENSCO Offshore Company

11/10/2014    Deposed by defense – discovery deposition – Steven Folts vs. Omega Protein, Inc.

11/12/2014    Deposed by defense – discovery deposition – Travis Hawkins vs. Baker Distributing Co., LLC & Gallagher Bassett Services

12/15/2014    Deposed by defense – discovery deposition – Bettie Wagley vs. Christus St. Frances Cabrini

01/05/2015    Deposed by plaintiff – discovery deposition – Danny Kibodeaux vs. Candy Fleet, LLC

01/12/2015    Deposed by defense – discovery deposition – Erica Darby vs. Jeffrey Davis & Allstate Property & Casualty

01/26/2015    Deposed by defense – discovery deposition – Derrick Gaeta vs. Republic National Distribution

02/25/2015    Deposed by plaintiff – discovery deposition – Frederick Andrus vs. Lockheed Martin & Ace American Insurance Company

03/16/2015    Deposed by defense – discovery deposition – Sharon Blakistone, et al vs. Timothy Rankin, et al

04/01/2015    Deposed by defense – discovery deposition – Robert DePerrodil vs. Bozoric Marine, Inc., et al

04/10/2015    Deposed by plaintiff – discovery deposition – Derrick Kennerson, Sr. and Michelle Beverly Kennerson vs. Amtrust North America, Milwaukee Casualty Insurance Company XYZ Insurance Company, American Wastewater Systems and Jacob Sonnier

04/13/2015    Deposed by defense – video trial deposition - Derrick Kennerson, Sr. and Michelle Beverly Kennerson vs. Amtrust North America, Milwaukee Casualty Insurance Company XYZ Insurance Company, American Wastewater Systems and Jacob Sonnier

04/20/2015    Deposed by defense – discovery deposition – Adele Albert vs. The Hertz Corporation

04/27/2015    Deposed by plaintiff – discovery deposition – Anthony Scott vs. Omega Protein, Inc., as owner of Fishing Vessel Isle Derniere, For Exoneration from or Limitation of Liability

05/06/2015    Deposed by plaintiff – discovery deposition – Aereia Tisby, Individually on behalf of her minor child, Jayden Tisby vs. Stephen K. Cave and Sentry Select Insurance Company & Aereia Tisby vs. Total Assurance, Inc.

05/21/2015    Deposed by defense – discovery deposition – Henry Willis, Jr. vs. McDonough Marine Services, et al

06/10/2015    Deposed by plaintiff – discovery deposition – Louisiana Commerce & Trade Association Self Insurers Fund vs. State of Louisiana Workers Compensation Second Injury Board (Stevie Benton)

06/12/2015    Deposed by defense- discovery deposition – John Lewis, Jr., James Braxton, Jr., and Daniel Breaux vs. Great West Casualty Company, Roadrunner Transportation Services, Inc., Marcus L. Yarborough, US Agencies Casualty Insurance Co., Inc. and William Daniel Brown (James Braxon, Jr.)

06/12/2015    Deposed by defense- discovery deposition – John Lewis, Jr., James Braxton, Jr., and Daniel Breaux vs. Great West Casualty Company, Roadrunner Transportation Services, Inc., Marcus L. Yarborough, US Agencies Casualty Insurance Co., Inc. and William Daniel Brown (John Lewis, Jr.)

06/22/2015    Deposed by defense – discovery deposition – Susan Stelly, et al vs. Dolgencorp, LLC, et al

06/24/2015    Deposed by plaintiff – discovery deposition – Marsha Smith vs. Diamond Company Inc, Liberty Insurance Underwriters and Christopher B. McDonald

07/08/2015    Deposed by – discovery deposition – Paul Champagne Individually & on behalf of his minor son, Hunter Champagne vs. State Farm Insurance Company, Deborah F. Lacaze & Farm Bureau Insurance Company

07/15/2015    Testified in court- subpoenaed by defense – Ernest Guidry, et al vs. ABC Insurance Company, et al

07/20/2015    Deposed by defense – discovery deposition – Tiffany Hebert vs. UV Logistics, LLC, et al

07/22/2015    Deposed by defense – trial deposition – Erika Rutherford vs. Praetorian Insurance Company, J & J Exterminating Company, Inc., Progressive Paloverde Insurance Company and Arne Simon

07/23/2015    Deposed by defense – discovery deposition – Robert Narcisse vs. Travelers Indemnity Company of Connecticut, et al

07/27/2015    Deposed by defense – discovery deposition – Crystal Boudreaux vs. Mary Picou and Louisiana Farm Bureau Casualty Insurance Company

07/29/2015    Deposed by plaintiff – discovery deposition – Christian Regan vs. Schlumberger Technology Corporation

08/10/2015    Deposed by defense – discovery deposition – Esau Mitchell vs. LAD Services

08/19/2015    Deposed by defense – discovery deposition – Pamela Deville vs. Steven A. Stokes, Allstate Insurance Company and Esurance Insurance Company

08/26/2015    Deposed by defense – discovery deposition – Grant Venable, et al vs. Calvin Clavelle, et al

09/04/2015    Deposed by defense – trial deposition – Edward St. Romain, et al vs. Great West Casualty Company, et al (deposed on Edward St. Romain & Angelica Joe)

09/09/2015    Deposed by defense – trial deposition – Ronald Arceneaux vs. Ace American Insurance Company and Joey Keith Airhart

09/11/2015    Deposed by defense – trial deposition – Jasmine Jones vs. Keith Morgan, et al

09/14/2015    Deposed by defense – trial deposition – Willie Brown, Jr. vs. Breaux Bridge Ventures, LLC, doing business as Silver's Casino

09/21/2015    Deposed by plaintiff – trial deposition – Hope Kidder vs. Tefany L Crader, Allstate Insurance Company & State Farm Mutual Automobile Company and Troy Miller (deposed on Jessica Batiste and Cedrick Landry)

09/30/2015    Deposed by defense – trial deposition – Rebecca Welch & James Welch vs. Progressive Security Insurance Company

12/02/2015    Deposed by defense – trial deposition – Gayle Romero Fergeson vs. Jena Broussard and Louisiana Farm Bureau Casualty Insurance Company

01/06/2016    Deposed by plaintiff – discovery deposition – Ryan Landry vs. Coca Cola Company

01/20/2016    Deposed by defense – discovery deposition – Ferris Martin vs. Certain Underwriters at Lloyd's London and Cama, Inc. D/B/A A.M. Grocery

01/22/2016    Deposed by defense – discovery deposition – Darrel Singleton vs. Acadian Contractors

01/25/2016    Deposed by defense- discovery deposition – Gerard Junius Williams, Sr. vs. O'Reilly Automotive Stores, Inc.

01/27/2016    Deposed by defense – trial deposition – Kevin Bias and Patricia Ruffin vs. Dean Beraenk

02/01/2016    Deposed by defense – discovery deposition – William T. Devalcourt vs. Michael Captain, Paul Arceneaux, individually and d/b/a Paul's Towing, Sherri Arceneaux, individually and d/b/a Paul's Towing, and QBE Specialty Insurance Company

02/15/2016    Deposed by defense – discovery deposition – Dylan Borne vs. Danilo Montes, et al

02/26/2016    Deposed by defense – trial deposition – Matthew Taylor vs. Kenneth L. Manuel

02/26/2016    Deposed by defense – discovery deposition – Antoine Augustine vs. Sompo Japan Insurance Company of America, Cannon Solution American Inc. and Jarett Oncale

03/07/2016    Deposed by defense – discovery deposition – Carroll James, et al vs. Emma Fontenot

03/16/2016    Deposed by defense – discovery deposition – Charles Poole, Jr. vs. Guy Hopkins Construction Co.

03/21/2016    Deposed by defense – discovery deposition – Joseph F. Sam vs. Hallmark Insurance Company, Paul Bowers and Renae G. Stanford, In. D/B/A Stanford Truck Line

03/28/2016    Deposed by defense – discovery deposition – Fawn Acosta vs. Allstate Insurance Company, et al

04/08/2016    Deposed by plaintiff – trial deposition – Crystal Moffett vs. Michael Lyons

04/11/2016    Deposed by defense – discovery deposition – Rebecca Ducrest, et al vs. Allstate Insurance Company, et al

04/15/2016    Deposed by defense – trial deposition - Desiree Guillot and Cory Guillot vs. Jeramie Branton, Freedom Power, LLC and Liberty Mutual Insurance Company

06/13/2016    Deposed by defense – discovery deposition – Joseph Broussard, Jr. vs. USAA General Indemnity Company, State Farm Mutual Automobile Insurance Company and Michael Price

06/17/2016    Deposed by plaintiff – video trial deposition – Tremia Williams vs. Cequel, III Communications, et al

06/20/2016 – Deposed by defense – trial deposition - Christopher Charles vs. Great West Casualty, Daimark Gustave & Samanie Transport, Inc.

06/24/2016 – Deposed by plaintiff – discovery deposition - Kenneth D. Jones vs. Louisiana Farm Bureau Casualty Insurance Company, Joseph Adams & R & N Farms

06/27/2016    Deposed by plaintiff – trial deposition – Lisa Savoy vs. Rio Lynn High, et al

07/06/2016    Deposed by defense – trial deposition - Mary K. Rath vs. Robert K. Guillory & State Farm Mutual Automobile Insurance Company

07/07/2016    Deposed by defense – trial deposition - Leon Eckstein, Jr. vs. Waveland Services, Inc. & American Longshore Mutual Association, Ltd.

07/13/2016    Deposed by plaintiff – discovery deposition - Calvin Noel, Jr. vs. U. S. Agencies Casualties Insurance Company, et al

07/15/2016    Deposed by plaintiff – discovery deposition - Forest Rubin vs. Conns, Inc.

07/27/2016    Deposed by defense – trial deposition - Lori Laviolette & Jeremy Patin vs. National Union Fire Insurance Company of Pittsburg, PA, Cox Enterprises, Inc./Cox Communications, Inc. & Dirk J. Babin

08/18/2016    Deposed by defense – trial deposition - Groendyke Transport, Inc. vs. Robert Riley

09/02/2016    Deposed by defense – trial deposition – Dustin Rogers & Lacey Rogers vs. Integrated Exploration & Production, LLC

09/16/2016    Deposed by plaintiff – trial deposition – Charles Banks & Lechia Banks vs. Allison N. Sheets, Allstate Insurance Company & State Farm Mutual Automobile Insurance Company

09/19/2016    Deposed by defense – trial deposition – Terry R. Simon & Valerie Simon vs. Arvin J. Bartlett, Mokan Leasing, Inc., and National Casualty Company

09/28/2016    Deposed by defense – trial deposition – Christy Robinette vs. Old Republic Insurance Co., et al

10/12/2016    Deposed by defense – trial deposition- Amanda Abshire vs. Allstate Insurance Company, Preston Babineaux and Financial Indemnity Company

10/17/2016    Deposed by defense – trial deposition – Melanie Gutierez vs. Shana G. Warren and Allstate Insurance Company

11/14/2016    Deposed by defense – trial deposition – Larry Darby, Jr. vs. City of New Iberia & LWCC

11/28/2016    Deposed by defense – discovery deposition – Robert Harbison vs. DS Logging, LLC

12/05/16    Deposed by defense – trial deposition – Laura Edwards vs. Andrew Guinn and Encompass Indemnity Company, et al

12/07/2016    Deposed by defense – discovery deposition – David Bowers vs. John A. Bivins, et al

12/28/2016    Deposed by defense – trial deposition – Alisa Durkheimer vs. Tranise L. Landry and State Farm Fire & Casualty Company

01/04/2017    Deposed by defense – trial deposition – Edward Dorsey, Jr. vs. United Rentals (North America), Inc.

01/06/2017    Deposed by defense – discovery deposition – Angela Tabor, et al vs. Horace Mann Property and Casualty Insurance Company, et al

01/09/2017    Deposed by defense – trial deposition – Allen J. McGee vs. Stockstill Boat Rentals, Inc. and Donald J. Stockstill

01/11/2017    Deposed by defense – trial deposition – Joseph Francis vs. Harco National Insurance Company, Kenworth of South Louisiana, LLC and/or Southland Truck Group, LLC and Harold Burleigh, Jr.

01/13/2017    Deposed by defense – trial deposition – Lyndon Champagne vs. Allstate Property and Casualty Insurance Company, et al

01/18/2017    Deposed by plaintiff – trial deposition – Alvin Noel and Henry Broussard Vs. Dore Group, LLC, Milwaukee Casualty Insurance Company and Duane Varnado

01/27/2017    Deposed by defense – trial deposition – Ashley Bernard vs. National Union Fire Insurance Company of Pittsburg, PA, et al

01/30/2017    Deposed by defense – trial deposition – Ruth Fusilier vs. Danny T. Robinson and USAA Casualty Insurance Company

02/10/2017    Deposed by defense – trial deposition – Shayla Gotch vs. Owners Insurance Company, et al

02/15/2017    Deposed by defense – trial deposition – Brandi Mitchell vs. Dwaniqua Williams, et al

03/03/2017    Deposed defense – trial deposition – Jacqueline Gaspard vs. Horce Mann Insurance Company, et al

03/08/2017    Deposed by plaintiff – trial deposition – Laura Anderson vs. State of Louisiana, and/or State of Louisiana, Office of Homeland Security and Emergency Preparedness and Marlys M. Sanders

03/10/2017   Deposed by plaintiff – trial deposition – Louisiana Workers' Compensation Corporation vs. Louisiana Workers' Compensation Second Injury Fund (Carl Thibodeaux)

04/12/2017   Deposed by defense – trial deposition – Lloyd Willis vs. Wood Group PSW, Inc., Energy XI USA, Inc. and JNet, LLC

04/17/2017   Deposed by defense – trial deposition – Buffy Allemond vs. Kori Schexnayder and Allstate Insurance Company

04/19/2017   Deposed by defense- trial deposition – Raymond Romero vs. Gerald James Gabriel, Jr., et al

04/28/2017   Deposed by defense – trial deposition- Dora White & Iesha Darthard vs. Safeco Insurance Company and Wilma Ortego

05/12/2017   Deposed by defense – trial deposition – Carlee Rose vs. Allstate Insurance Company

05/15/2017   Deposed by plaintiff – discovery deposition – Connie Meadows vs. Jazz Casino Company, L. L. C

05/31/2017   Deposed by defense – trial deposition – Dianne McAdams and Mark McAdams vs. Sharon K. Andrus, State Farm Mutual Automobile Insurance Company, and Allstate Property and Casualty Insurance Company

06/12/2017   Deposed by defense – trial deposition – Jarred Moss vs. Capstone Quarters-Lafayette, LLC, Edwards Student Housing Management Company, Macy Ezidore, Geico and Allstate Insurance Company

06/16/2017   Deposed by defense – trial deposition – Charles Fontenot vs. Liberty Mutual Insurance Company, Quality Energy Services, Inc. and Mitch Rodrigue

06/21/2017   Deposed by plaintiff – trial deposition – Raymond J. Romero vs. Gerald James Gabriel, Jr. and Lafayette City-Parish Consolidated Government

06/23/2017   Deposed by plaintiff – trial deposition – Hilda Cabrera, Individually, and Evarista Arellano on behalf of Daniela Arellano vs. State Farm Mutual Automobile Insurance Company and Brenda Simon

06/26/2017   Deposed by defense – discovery deposition – Ravin Chavis vs. Starnet Insurance Company, Boots Smith Oilfield Services, LLC and Jerry Bush

07/10/2017   Deposed by defense – discovery deposition – Wayne Marcotte vs. Geico Insurance Company, et al

07/12/17   Deposed by defense – discovery deposition – Terry Simon, et al vs. Arvin J. Bartlett, et al

07/26/2017   Deposed by defense – trial deposition -Marilyn Slack vs. Aramark Services, Inc.

08/01/2017   Deposed by defense – trial deposition – Christopher Williams vs. Martin Transport

08/02/2017   Deposed by defense – trial deposition – Vernon Martin vs. City of Crowley, Republic Underwriters Insurance Company and H & H Electrical Service, Inc.

08/16/2017   Deposed by defense – trial deposition – Larry Guillory vs. Zurich American, et al

08/18/2017   Deposed by defense – discovery deposition – Erika Menard vs. Shelter Mutual Insurance Company, Eagle Pest Control and Chemical, Inc. and Michael J. Vincent

08/30/2017   Deposed by defense – discovery deposition – Kamay Isidore vs. National Fire & Marine Insurance Company, Focus Transport, LLC and Gerald Pitre

09/08/2017   Deposed by plaintiff – trial deposition – Tracy C. Garcia vs. Hallmark Specialty Insurance Company, et al

09/12/2017   Deposed by defense – trial deposition – Marvin Peter LeBlanc, Jr. vs. Panther Helicopters, Inc., et al

09/22/2017   Deposed by defense – trial deposition – Patrick Neal Mallett and Amy Mallett individually and on behalf of their minor child Caden Mallett

10/06/2017   Deposed by defense – trial deposition – Louis Harrington, et al vs. State Farm, et al

10/13/2017   Deposed by plaintiff – trial deposition – Richard Powell vs. Emily Crochet, Gulf Resource Management, Inc and State Farm Mutual Automobile Insurance Company

10/20/2017   Deposed by defense- discovery deposition – Barry Miller vs. Berry Group/Bay Limited, and Ace American Insurance Company

11/01/2017   Deposed by defense – discovery deposition – Skylar Nicole Thomas vs. Scott Wesley Anderson, et al

11/08/2017   Deposed by defense – discovery deposition – Jarred Moss vs. Capstone Quarters-Lafayette, LLC, et al

11/10/2017   Deposed by defense – trial deposition – Matthew Richard vs. Federated Mutual Insurance Co., Excel Fire Protection Systems, LTD and Jacob J. Sebastien

11/27/2017   Deposed by Defense – trial deposition – Brandy Lane-Gage vs. Ace American Insurance Company, Waste Management of Louisiana, LLC and Lance Thibodeaux

12/13/2017    Deposed by defense – discovery deposition – Mary Ethel Payne vs. Wolf Pack Rentals, LLC, et al

01/05/2018    Deposed by defense – trial deposition – Christopher Williams vs. Martin Transport

01/19/2018    Deposed by defense – trial deposition – Taronna Joseph, et al vs. State Farm Mutual, et al

01/22/2018    Deposed by defense – trial deposition – Chad Menard vs. National Casualty Company, Wilford Cleveland and Western Express, Inc.

01/26/2018    Deposed by plaintiff – trial deposition – James Guidry vs. St. Paul Fire & Marine Insurance Company, Timco Services, Inc., and Jerry W. Fant

01/29/2018    Deposed by plaintiff – trial deposition – Terry Parker vs. Ace American Insurance Company, Canal Insurance Company, AAA Cooper Transportation, Inc., "N" Time, Inc., Joshua Kearney and Trenton Johnson

01/31/2018    Deposed by plaintiff – trial deposition – Erica Jackson, Individually and on behalf of Tinley Jackson & Kyle Boudreaux, Individually and on behalf of Peyton Boudreaux vs. State Farm Mutual Automobile Insurance Company, Nicole Leger, Allstate Property & Casualty Insurance Company & Robert Nash

02/16/2018    Deposed by defense – trial deposition – Lional Lewis vs. Old Republic Insurance Company, et al

02/23/2018    Deposed by defense – trial deposition – Earl Harrison vs. National Fire & Marine Insurance Company, Guy's Towing Service, Inc., & Gabriel J. Jones

02/28/2018    Deposed by defense – trial deposition – Nicole Hendricks, Individually and on behalf of her minor daughter Amber Hendricks vs. Kenneth McNeal and Shelter Mutual Insurance Company, et al

03/05/2018    Deposed by defense – trial deposition – Jeff Dillehay vs. AAR Aircraft Services, Inc.

03/08/2018    Deposed by defense – discovery deposition – Rogers Landry vs. State Farm Mutual Automobile Insurance Company & Frank B. Hoffpauir

03/15/2018    Deposed by defense – trial deposition – Jeffery Louviere vs. W & T Offshore, Inc., et al

03/28/2018    Deposed by defense – discovery deposition – Amber Mire vs. Am Trust

04/06/2018    Deposed by defense – trial deposition – Clayton Ledet vs. Allstate Insurance Company, et al

04/09/2018    Deposed by defense – trial deposition – Keronta Shanklin vs. American Alternative Insurance Company, Ryder Truck Rentals, Inc. and/or Pace Runner, Inc. & Arthur Hayes

04/16/2018    Deposed by defense – trial deposition – Reagan Forras, et al vs. Ports Petroleum, et al

04/25/2018    Deposed by defense – trial deposition – Samantha Williamson vs. Travelers Property Casualty Company of America, Schlumberger Technology Corporation and Javeon Potier

05/11/2018    Deposed by defense – trial deposition – Jonathan Carruthers Jackson vs. Acadian Ambulance Service, Inc., Acadian Ambulance Services of Texas, LLC and Cody Fontenot

05/15/2018    Deposed by plaintiff – discovery deposition – Amanda Broussard vs. State Farm Mutual Automobile Insurance Company and Philip Auter

06/13/2018    Deposed by plaintiff – trial deposition – Shelby Lowery, III vs. ACE American Insurance Company, The Sherwin Williams Company and Shawn Williams

06/27/2018    Deposed by plaintiff – trial deposition – Camilla Levine vs. Sandback Corporation, et al

06/29/2018    Deposed by defense – trial deposition – Kenneth Ford vs. Wal-Mart Louisiana, LLC, et al

06/29/2018    Deposed by deference – trial deposition – Eugene Smart vs. Issac Hays & Jefferson Davis Electric Cooperative, Inc.

07/02/2018    Deposed by plaintiff – discovery deposition – Kenneth Gardner vs. Brand Energy Solutions, LLC, et al

07/09/2018    Deposed by defense – discovery deposition – Tonya Parker vs. USAA Casualty Insurance Company, et al

07/16/2018    Deposed by defense – trial deposition – Jennifer Larson vs. Allstate Insurance Company & Kelsey Kenney

07/20/2018    Deposed by defense – discovery deposition – Charles Loston, individually and on behalf of his minor child, Kailyn Loston, Khalil Loston and Rosalyn Loston vs. Arch Insurance Company, Progressive Waste Solutions od LA, Inc. and Ramsey Terrell Green

07/27/2018    Deposed by defense – trial deposition – Kayla Brown vs. International House of Pancakes, LLC, et al

08/02/2018    Deposed by defense – trial deposition – Dedra Narcisse vs. Daren Tucker State Farm Mutual Automobile Insurance Company

08/03/2018    Deposed by plaintiff – trial deposition – Kenneth Ford vs. Wal-Mart Louisiana, LLC, et al

08/08/2018    Deposed by plaintiff – trial deposition –Marvin Peter LeBlanc, Jr. vs. Panther Helicopters Inc, et al

08/09/2018    Deposed by defense -trial deposition – Charlotte Burton vs. Travis Tabor, BJB Group, LLC D/B/S Two Men and a Truck & Granite State Insurance Company

08/13/2018    Deposed by defense – discovery deposition – Jina Rachelle Wiltz and Michael Jamal Babineaux vs. Uber Technologies, ABC Insurance Company, James River Insurance, Allstate Insurance Company, State Farm Mutual Automobile Insurance Company and Joseph J. Bement

08/17/2018    Deposed by plaintiff – trial deposition – Arch Insurance Company, Chadwick Savoy, Jr. & Progressive Waste Solutions of LA, Inc.

09/07/2018    Deposed by defense – trial deposition – Travis Tripkovich vs. Benjamin Bates, Pizza Hut, Inc., USAA Insurance Company & ABC Insurance Company

09/10/2018    Deposed by defense- discovery deposition – Marq Mouton vs. Allstate Property & Casualty Insurance Company, et al

09/12/2018    Deposed by defense – discovery deposition – Curtis Tezno vs. Daniel Robert Young, et al

09/17/2018    Deposed by defense – trial deposition – Skylar Nicole Thomas vs. Scott Wesley Anderson, American Industrial Minerals, LLC & National Liability & Fire Insurance Company

09/19/2018    Deposed by defense – trial deposition – Crystal Lazard vs. 1st Choice Personal/Argonaut Insurance Company

09/21/2018    Deposed by defense – trial deposition – Lori Laviolette & Jeremy Patin vs. National Union Fire Insurance Company of Pittsburgh, PA, Cox Enterprises, Inc./Cox Communications, Inc. and Dirk J. Babin

10/01/2018    Deposed by defense – trial deposition – Jarvis Breaux vs. Moncla Workover & Drilling Operations, LLC

10/08/2018    Deposed by plaintiffs – trial deposition – Jonathan Jackson vs. Acadian Ambulance Service, Inc., Acadian Ambulance Service of Texas, LLC & Cody Fontenot

10/12/2018     Deposed by defense – trial deposition – Christine Cormier individually and on behalf of Aaron Cormier & Byron Cates, individually and on behalf of Grace Cates vs. Utaldo Soroa, Hawk Logistics, L & L Insurance Company, et al

10/16/2018     Deposed by plaintiff – trial deposition – Anthony Jerome Powell vs. KLX Energy Services, LLC

10/17/2018     Deposed by defense – trial deposition – Evalynn N. Weinreich vs. United Services Automobile Associatation and Elsie W. Austin

10/19/2018     Deposed by plaintiff – discovery deposition – Noble Drilling Services, Inc., et al

10/24/2018     Deposed by defense – trial deposition – Risk Management Services Southwind Healthcare & Rehab vs. Priscilla Soloman

10/29/2018     Deposed by defense – trial deposition – Marsha Prudhomme, Employee, vs. Specialty Welding and Turn Arounds, LLC, Employer and Zurich American Insurance Company, carrier

11/02/2018     Deposed by defense – trial deposition – Janice Broussard vs. J. C. Penny Corporation, Inc.

11/07/2018     Deposed by defense – trial deposition – Jody Fontenot vs. Toby Graham, Scott Meaux, Government Employees Insurance Company and State Farm Mutual Automobile Insurance Company

11/28/2018     Deposed by Defense – trial deposition – Lucille Davis vs. Brookshire Grocery Company and John Doe

11/16/2018     Deposed by defense – discovery deposition – Danielle Breaux vs. Grennwich Insurance Company, American Tire Distributors, Inc., Penske Truck Leasing Company, LP, Chet Allen & State Farm Mutual Automobile Insurance Company

12/07/2018     Deposed by defense – discovery deposition- Alexus Faulk vs. Walmart Associates, Inc. and Claims Management, Inc.-Walmart

12/12/2018     Deposed by defense- trial deposition – Tina Rochelle Wiltz and Michael Jamal Babineaux and Uber Technologies, Inc. ABC Insurance Company, James River Insurance Company Allstate Insurance Company, State Farm Mutual Automobile Insurance Company and Joseph J. Bement

12/14/2018     Deposed by plaintiff – trial deposition- Stephen T. Leger vs. Knightbrook Insurance Company, et al

01/16/2019     Deposed by plaintiff- trial deposition – Frankie Jones & Melissa Branch vs. William Wyatt and Allstate Fire and Casualty Insurance Company

01/21/2019    Deposed by plaintiff – discovery deposition – Lakersha Ames vs. Protective Insurance Company, Progressive Security Insurance Company and Antoine Meyers, Jr.

01/29/2019    Deposed by plaintiff – trial deposition – Lee Ann Iles vs. Imperial Fire & Casualty Insurance Company, et al

02/20/2019    Deposed by plaintiff -trial deposition – Saraphine Green vs. Breaux Bridge Ventures, LLC d/b/a Silver's Travel Center and Casino and HDI Global Insurance Company

02/27/2019    Deposed by defense – trial deposition – Chelsea M. Veronie vs. Laura E. Allen, PB Holding Company, Avis Rent A Car System, LLC. Avis Budget Car Rental, LLC, The American Red Cross & ABC Insurance Company

03/01/2019    Deposed by defense- trial deposition – Margaret B. Strickland vs. USAA Casualty Insurance Company

03/01/2019    Deposed by defense – trial deposition – Glen Adams, individually and Adrienne Adams, individually and on behalf of the minor children, Brooklyn Adams vs. State Farm Fire & Casualty Insurance Company and Clifford Myers

03/15/2019    Deposed by defense – trial deposition – Megan Gary, individually, and Grant & Megan Gary on behalf of Marleigh Gary and Analise Gary

03/18/2019    Deposed by defense – discovery deposition – James Palmisano, et al vs. Colville Plumbing & Irrigation, Inc., et al

03/29/2019    Deposed by defense – trial deposition – Tonya Guidroz vs. Family Dollar Stores of Louisiana, Inc.

03/29/2019    Deposed by defense – discovery deposition – Blanche Smith vs. Doris Howell, State Farm Mutual Automobile Ins. Company and Louisiana Farm Bureau Casualty Insurance Company

04/03/2019    Deposed by defense – discovery deposition- Raymond Ronquillo vs. Christian Delaune, et al

04/10/2019    Deposed by defense – trial deposition – Ricky Guidry vs. Malin International Ship Repair & Dry Dock, et al & The Signal Mutual Indemnity Association, Ltd

04/12/2019    Deposed by defense – trial deposition – Nathaniel Thierry & Eliza H. Theirry vs. Horace Mann Property & Casualty Insurance Company, April Mayard, and State Farm Mutual Automobile Insurance Company

04/18/2019    Deposed by defense – discovery deposition – Maegan Benoit, et al vs. Landstar Inway, Inc., et al

04/29/2019    Deposed by defense- discovery deposition – Earl Harrison vs. National Fire &
              Marine Insurance Company, et al

04/30/2019    Deposed by defense – trial deposition – Robert Broussard vs. Metropolitan
              Property and Casualty Insurance Company and John Richard

04/30/2019    Deposed by defense – trial deposition – Johnny Walker vs. Metropolitan property
              and Casualty Insurance Company and John Richard

05/10/2019    Deposed by plaintiff- discovery deposition – Zeld Castille Smith, et al vs. Goodman
              Networks, Inc, et al

05/13/2019    Deposed by defense – discovery deposition – Gerald Choplin & Kris Baker Choplin
              vs. USAA Casualty Insurance Company, et al

05/16/2019    Deposed by plaintiff – trial deposition – Ronald Short vs. Buquet Distributing &
              York Risk Services Group

05/20/2019    Deposed by defense – trial deposition – Dvan Alexander vs. American Alternative
              Insurance Corp, et al

06/03/2019    Deposed by defense – trial deposition – Melissa Goins vs. Safeco Insurance
              Company of Oregon & Michelle Spears

06/05/2019    Deposed by defense – discovery deposition – Trenton Hymel vs. Kelly Cobb, the
              Allam Companies, LLC & Safeco Insurance Company of Oregon

06/10/2019    Deposed by plaintiff – trial deposition – Gabriel Pearce vs. Chase Talbot

06/12/2019    Deposed by plaintiff – trial deposition – Cheryl Fruge vs. Kentrey T. Breaux and
              Allstate Insurance Company

06/19/2019    Deposed by defense – trial deposition – Kimanae Claiborne vs URS Midwest, Inc.
              and Tremaine P. Moore

06/24/2019    Deposed by defense – trial deposition – Glenda Christian vs. John Peyton, Jr., et al

06/25/2019    Deposed by defense – discovery deposition – Keith Stewart vs Edrick L. Smith, et
              al

07/08/2019    Deposed by defense- Maegen Benoit, individually & on behalf of the estate of the
              minor, Xander Benoit & Rosemary Benoit

07/17/2019    Deposed by defense- discovery deposition – Emmanuelle Sardaby and Michael
              Chienda v. State Farm Mutual Automobile Insurance Company, Ross A. Romero,
              Hargrave's Plumbing, LLC and Progressive Paloverde Insurance Company

07/19/2019    Deposed by plaintiff- trial deposition – Jennifer Vaughn vs. Allstate Insurance Company

07/22/2019    Deposed by defense – trial deposition – Warren Harvey, Jr., Cherica M. Harvey, individually and on behalf of their minor child, Malia Harvey vs. Five Star Hauling, LLC, Trish A. Thomas, State Farm Fire & Casualty Company and Michael Williams

07/26/2019    Deposed by defense – discovery deposition – Emmanuelle Sardaby and Michael Chienda v. State Farm Mutual Automobile Insurance Company, Ross A. Romero, Hargrave's Plumbing, LLC and Progressive Paloverde Insurance Company

08/02/2019    Deposed by defense – trial deposition – Faydra Allen vs Unites Services Automobile Association and Vida D. Lege

08/14/2019    Deposed by defense – trial deposition – Jerome Narcisse vs. American International Group (AIG) D/B/A AIG Olathe Casualty, Andrews Logistics, Inc. & Lester P. Tilley, II

08/16/2019    Deposed by plaintiff – discovery deposition – Delores Charles, individually and on behalf of Kay'Lil Degray-Eddie vs Allstate Property and Casualty Insurance Company, and Seth Rosenzweig, individually and on behalf of his minor child, Luke Rosenzweig

09/25/2019    Deposed by plaintiff – trial deposition – Brandy Trahan vs Wal-Mart Stores, Inc, Reddy Ice Corp, and Beverly Rainwater

10/02/2019    Deposed by defense – trial deposition – Travelers Property and Casualty Company of America vs State of Louisiana Workers' Compensation Second Injury Board

10/18/2019    Deposed by defense – trial deposition – Crystal Francis vs. Mark Huval, Logan Huval, Allstate Insurance Company and Safeway Insurance Company

10/25/2019    Deposed by defense – discovery deposition – Cassandra Menier vs. Ville Platte Medical Center of Louisiana, LLC D/B/A Acadian Medical Center & ABC Insurance Company

10/28/2019    Deposed by plaintiff – discovery deposition – Lisa Hanchey vs. Heather Adams, Raymond Tassin, Allstate and USAA CIC & State Farm

10/30/2019    Deposed by defense – trail deposition – Lena Helaire vs. Allstate Insurance Company and Philip Stutes

11/04/2019    Deposed by defense – discovery deposition – Tapas Sarma & Chanel Sarma vs. Allison Bloodworth, Safeco Insurance Company of Oregon & Geico General Insurance Company

11/11/2019   Deposed by defense – discovery deposition – Marcus Hebert vs. Liberty Mutual Insurance Company, et la

11/12/2019   Deposed by defense – trial deposition – Linsey Alton-Zeringue vs. Cornerstone Village South, Inc. & LUBA WC

12/02/2019   Deposed by defense – trial deposition – Jennifer Vaighn vs. Allstate Insurance Company

12/04/2019   Deposed by defense – trial deposition – Brandy Lane Gage vs. ACE American Insurance Company, Waste Management of Louisiana, LLC & Lance Thibodeaux

12/11/2019   Deposed by defense – trial deposition – Tina Bourque vs. Curtis Joseph, Diamond B Construction Company, LLC & Bancorp South Insurance Company

12/18/2019   Deposed by defense – trial deposition – Sandra Olmedo vs. Privilege Underwriters Reciprocal Exchange, et al

01/03/2020   Deposed by defense – trial deposition – Brad Culotta vs. Allstate Property & Casualty Insurance Company, Christina Mondragon & James River Insurance Company

01/06/2020   Deposed by defense – trial deposition – Shayne Biggs vs. Brand Energy Solutions, LLC & Liberty Mutual Insurance Company

01/08/2020   Deposed by defense – trial deposition – Carroll Lancon vs. Marcus Cormier, Oil State Energy Services, LLC & Zurich American Insurance Company

01/15/2020   Deposed by plaintiff – discovery deposition – Sherri Larry Owens vs. Jody Cloud Trucking, LLC, et al

01/17/2020   Deposed by defense – trial deposition -Richard Ensminger vs. Lucretta Manuel and State Farm Mutual Automobile Insurance Company

01/29/2020   Deposed by defense – trail deposition – Heather Guillotte vs.  National General Insurance Company, RPM Pizza, LLC & Aimee Landry

02/03/2020   Deposed by plaintiff – discovery deposition – Adriatic Marine, LLC vs. Roland Harrington

02/10/2020   Deposed by defense – trial deposition – Donovan Robertson, individually and on behalf of his minor son, RT and Stephanie Robertson

02/12/2020   Deposed defense – trial deposition – Myesha Lewis vs. State Farm Mutual Automobile Insurance Company, Acadiana Pest Control & Kendrick Bergeron

02/14/2020   Deposed by defense – trial deposition – Andrea Batiste vs. Amtrust Insurance Company of Kansas, Inc., et al

02/19/2020    Deposed by plaintiff – discovery deposition – Thomas Tillery & Teri Tillery vs. Liberty Mutual Insurance Company, Steve Estep & State Farm Mutual Automobile Insurance Company

02/21/2020    Deposed by defense – trail deposition – Amanda Melancon Court vs. Lafayette Parish School Board, et al

03/09/2020    Deposed by plaintiff – discovery deposition – Leonard Castille vs. Total Air Care, FCCI Insurance Group & Sean Dustin Letterle

03/11/2020    Deposed by defense – trial deposition – Ron Boutte vs. AAA Cooper Transportation, Inc., ACE American Insurance Corporation, John Alfred & Geico Casualty Company

03/12/2020    Deposed by plaintiff – trial deposition – Alisa Alan Durkheimer vs. Tranise L. Landry & State Farm Fire & Casualty Company

03/13/2020    Deposed by plaintiff – discovery deposition – Tashara Cendejas & Angela Griffen vs. State Farm Mutual Automobile Insurance Company & Louis Russell

04/08/2020    Deposed by defense – trial deposition – Kimberly Price vs. Ericha Chaney & State Farm Mutual Automobile Insurance Company

05/22/2020    Deposed by defense – trial deposition – Browell Savoy & Lisa Savoy vs. Juliet Davis, et al

05/27/2020    Deposed by defense – trail deposition – James Toups vs. Reginald Joseph Landry, Republic National Distributing Company, LLC & Safety National Casualty Corporation

06/01/2020    Deposed by defense – discovery deposition – Desiree Antoine vs. Med Centris

06/02/2020    Deposed by plaintiff – discovery deposition – Nena Jo McMillan vs. State Farm Auto & New Hampshire Insurance Company

06/19/2020    Deposed by plaintiff – discovery deposition – Jeremy Farris vs. Brian Janna Jefferson, Michael Bishop and National Liability & Fire Insurance Company

06/24/2020    Deposed by plaintiff -discovery deposition – Doretha Williams vs. Acadian Ambulance Service, Inc. & Michael Kreh

06/29/2020    Deposed by defense – trial deposition – Dolondrea Batiste vs. Landmark of Acadiana

07/08/2020    Deposed by plaintiff – trial deposition – Mallory Campbell vs. Mason Lee Cupples, et al

07/15/2020    Deposed by plaintiff – trial deposition – Charles P. Blanchard & Marion Blanchard vs. Garda CL Southeast, Inc., National Union Fire Insurance Company of Pittsburgh, PC & Benjamin S. Morgan

07/17/2020    Deposed by plaintiff – trial deposition – Lisa Hanchey vs. Heather Adams Raymond Tassin, Allstate, USAA CIC & State Farm

07/22/2020    Deposed by plaintiff – trial deposition – Bridget Edmond, et al vs. Mark Bundy, et al

08/03/2020    Deposed by defense – trial deposition – Ruth Selene Alcaraz Valdez vs. Mears Group, Inc., Old Republic, Republic Insurance and Jason F. Price

08/14/2020    Deposed by defense – trial deposition – Glenda Richard and Robert Richard vs. Shelby Graves, the State of Louisiana through the Department of Transportation and Development, ABC Insurance Company, and State Farm Mutual Automobile Insurance Company consolidated with State Farm Mutual Automobile Insurance Company vs. Shelby Charmine Graves and The State of Louisiana through the Department of Transportation and Development

08/19/2020    Deposed by defense – discovery deposition – Shari Dartez vs. Ronald Wade, Sound Communications, Inc. and Republic Fire & Casualty Insurance Company

08/31/2020    Deposed by plaintiff – trial deposition – Nikki Lynn DesOrmeaux vs. Stephen Carter Asbill and Liberty Mutual Insurance Company

09/18/2020    Deposed by defense – discovery deposition – Dawn Cormier vs. Tennessee Farmers Cooperative

09/23/2020    Deposed by defense – trial deposition – Katrina Smith vs. Wal-Mart Stores, Inc., et al

09/25/2020    Deposed by defense – trial deposition – Craig Miles vs. Francis Drilling Fluids LTD

09/28/2020    Deposed by defense – trial deposition - Kenneth Richard and Theresa Nelson vs. Geico Casualty Company

10/02/2020    Deposed by defense – trial deposition – Patrick Newbound vs. Jason R. Ducote, Bengal Crane and Rigging, LLC, Prosight Specialty Insurance Brokerage, LLC and Louisiana Farm Bureau Casualty Insurance Company

10/14/2020    Deposed by plaintiff – discovery deposition – Derrick Blanchard and Nikki Blanchard vs. Gerald Landry and Allstate

11/04/2020    Trial Appearance – Called by plaintiff - Henry Arceneaux vs. Lafayette City Parish Consolidated Government, et al

11/11/2020    Deposed by defense – trial deposition- Kathleen Monnin vs. Mesa Underwriters Specialty Insurance Company, et al

11/13/2020    Deposed by defense- trial deposition – Gerard Johnson vs. Milford Casualty Insurance Company, DreamWorks Custom Cabinets, LLC and Shane Vincent

11/16/2020    Deposed by defense – trial deposition – Natashia Washington vs. Lance Sidney Winder, Erin K. Winder and State Farm Mutual Automobile Insurance Company

11/18/2020    Deposed by defense – trial deposition – Sherlene Harris vs. Lafayette Parish School Board, Cleother Zeno, and American Alternative Insurance Corporation

11/30/2020    Deposed by defense – trial deposition – Mark Elizabeth Fenstermaker vs. USAA General Indemnity Company, et al

12/07/2020    Deposed by defense – trial deposition – Kelly White vs. Ivy Morgan & State Farm Mutual Automobile Insurance Company

12/14/2020    Deposed by defense – trial deposition – John Dozier vs. Carolina Casualty Insurance Company, Fast Trac Transportation, LLC and Gary D. Bristo CONSOLIDATED WITH Thomas Vincent vs. Carolina Casualty Insurance Company, Fast Trac Transportation, LLC and Gary D. Bristo

12/16/2020    Deposed by plaintiff- trial deposition – Lana Beyt vs. National Liability & Fire Insurance Company, American Industrial Minerals, LLC, Matthew Jones and Progressive Paloveride Insurance Company

01/04/2021    Deposed by plaintiff – discovery deposition – Custom Ecology, Inc, et al vs. Xavier Leopaul

01/11/2021    Deposed by defense – trial deposition – Mark Anthony Gary vs. Randle Arceneaux, Diamond B Construction Company, LLC and American Contractors Insurance Company

01/25/2021    Deposed by plaintiff -discovery deposition – Chevis Fairburn vs. Berkshire Hathaway Homestate Insurance Company, et al

02/05/2021    Deposed by defense – discovery deposition –Maryann Penny vs State Farm Mutual Automobile Insurance Company, Garrison Property and Casualty Insurance Company & Katie McNabb

02/08/2021    Trial Appearance – Stacy Walker vs Amerisure Insurance Company, Elmer Candy Company and Mario Bell

02/24/2021    Deposed by plaintiff – trial deposition- Cheryl Lewis vs Aramark Service Inc., ACE American Insurance Company and Nathan L. Chapman

03/03/2021    Deposed by plaintiff – trial deposition- Kissie Simon vs Milstones Behavioral Services, LLC and Markel Service Incorporates as Servicing Entity for Markel Insurance Company

03/11/2021    Deposed by plaintiff – trial deposition – Leon Freeman vs Hydrochem PSC and Insurance Company of the State of Penn C/O Broadspire

03/12/2021    Deposed by defense – discovery deposition – Travis Arnolie vs Genesee & Wyoming Railroad Services, et al

03/24/2021    Trial Appearance – Estela Callier vs Lafayette City-Parish Consolidated Government and State of Louisiana Department of Transportation and Development

04/09/2021    Deposed by defense – trial deposition – Myesha Lewis vs State Farm Mutual Automobile Insurance Company, Acadiana Pest Control and Kendrick Bergeron

04/12/2021    Deposed by defense- trial deposition- Brandon Washington vs William Carter, Hydradyne, LLC and Old Republic Insurance Company

04/16/2021    Deposed by defense – discovery deposition – Gary Jones vs

04/21/2021    Trial Appearance- Patrick Newbound vs Jason R. Ducote, Bengal Crane and Rigging, LLC, Prosight Specialty Insurance Brokerage, LLC and Louisiana Farm Bureau Casualty Insurance Company

04/23/2021    Deposed by defense – trial deposition- Robert Parker, individually and on behalf of His minor child, Robert Parker, Jr.

04/28/2021    Deposed by defense – discovery deposition – Rondelle Moore, et al vs United Vision Logistics Holding Corp, et al

05/06/2021    Deposed by plaintiff – discovery deposition – Muhammad J. Khattak and Sarina Yusofe vs Shelter Mutual Insurance Company, et al

06/04/2021    Deposed by defense – discovery deposition – Emmanuelle Sardaby and Michael Chienda vs State Farm Mutual, et al

06/07/2021    Deposed by defense – trial deposition – Reggie Paul Lormand, et al vs State Farm, et al

06/21/2021    Deposed by defense – trial deposition – Eddie Sonnier, et al vs Brian Owens, et al

06/22/2021    Deposed by defense – trial deposition – Oris Latour, et al vs Steamboat's, LLC, et al

06/23/2021    Deposed by defense – discovery deposition – Levi Trahan vs Aramark Facility Services, LLC

06/25/2021    Deposed by defense – trial deposition – Lisa B. Courville vs BSR Transport Services, LLC , National Liability & Fire Insurance Co., and Kevin Dwayne Carey, et al

06/28/2021    Deposed by plaintiff – trial deposition – Carl Sylvester, et al vs The Charter Oak Fire Insurance Company, et al

06/30/2021    Deposed by defense – trial deposition- Reba Richard vs Corey Breaux, Martin Air Conditioning Inc., and Amtrust Insurance Company of Kansas, Inc.

07/07/2021    Deposed by defense – trial deposition – Danielle Bienvenu vs Shelter Mutual Insurance Company and Robert Gauthier, Individually and on behalf of his minor son, Grant James Gauthier

07/09/2021    Deposed by defense – trial deposition – Charlene Johns – Michael Fortier and Progressive Security Insurance Company

07/14/2021    Deposed by defense – trial deposition – Susan Culotta vs Allstate Property and Casualty Insurance Company and Gary Martin, Jr.

07/19/2021    Deposed by defense – trial deposition – Phillipe Simon vs State Farm Mutual Automobile Insurance Company and Gregory Livingston

07/23/2021    Deposed by defense – trial deposition – Alexsandra R. Cloe vs Valley Forge Insurance Company, Arkansas Sign & Barricade, Inc., Ernest D. Meyers, and Safeco Insurance Company of Illinois

07/26/2021    Deposed by defense – discovery deposition – Haleigh McBride, et al vs Natasha Humphrey, et al

08/02/2021    Deposed by defense – trial deposition – Dale Miller vs The State of Louisiana , The Louisiana Department of Public Safety & Corrections and William Hunter

08/05/2021    Trial Appearance – Stanley Norris vs Allstate Indemnity Company and Scotty Gaspard

08/18/2021    Deposed by plaintiff - discovery deposition – Deborah Hornsby vs USAA Casulaty Insurance Company

08/20/2021    Deposed by defense – trial deposition – Geralyn Barron and Richard Barron vs Progressive Paloverde Insurance Company

08/27/2021    Deposed by defense – trial deposition – Shawn Journet and Juan Journet vs Swift Technical Services, LLC and Gregorio Martinez

09/17/2021    Deposed by defense – trial deposition – Deborah Hornsby vs USAA Casualty Insurance Company

09/24/2021    Deposed by defense – trial deposition – Jermaine Thomas vs Allstate Property & Casualty Insurance Company and Paul Provost

10/13/2021    Trial Appearance – Tommy Welch and Heather Welch vs Gordon Chapples, Lott Oil Company, Inc. and Federated Service Insurance Company

10/14/2021    Trial Appearance – Keith Sparrow vs Albertson's LLC, et al

10/20/2021    Trial Appearance – Alisa Alan Durkheimer vs Tranise L. Landry and State Farm Fire and Casualty Company

10/21/2021    Deposed by plaintiff – trial deposition – Billy D. Olivier vs. Exxon Mobile Corporation

10/27/2021    Deposed by defense – discovery deposition – Condry Guilbeaux vs Clear Blue Specialty Insurance, et al

10/29/2021    Deposed by plaintiff – discovery deposition - Leola Chachere vs Southwind Nursing and Rehabilitation Center and LUBA

11/01/2021    Deposed by defense – discovery deposition – Loyd Murrell, et vir vs Deviney Construction Company, Inc., et al

11/03/2021    Trial Appearance – Jeremy Farris vs Brian Dana Jefferson, Michael Bishop and National Liability and Fire Insurance Company

11/17/2021    Deposed by plaintiff – discovery deposition – Paige Shreve vs Natatinal Trust Insurance Company, Trust Insurance Company, Billy Herman's Flowerland, Inc. and Gregory Tolson

11/22/2021    Deposed by defense – discovery deposition – Melody Gibson vs Rouse's Enterprises, LLC

11/23/2021    Deposed by defense – trial deposition – Charles Cockerham vs ACME Truck Line, Inc. Continental Indemnity Company

12/01/2021    Deposed by defense – trial deposition – Amjad N. Albaqain vs Austin D. Wood, Geico Casualty Company, National General Insurance Company, Uber Technologies, Inc. and James River Casualty Insurance Company

12/03/2021    Deposed by plaintiff – discovery deposition – Don Lewis vs USA

12/03/2021    Deposed by plaintiff – discovery deposition – Stacey O'Key vs USA

12/15/2021    Deposed by plaintiff – discovery deposition – Eurika Moore and Lakasha Moore vs National Fire and Marine Insurance Company, Clint R. Blood and Nicholas Louis, Jr.

12/16/2021    Deposed by defense – trial deposition – Amjad N. Albaqain vs Austin D. Wood, Geico Casualty Company, National General Insurance Company, Uber Technologies, Inc. and James River Casualty Insurance Company

12/22/2021    Deposed by plaintiff – trial deposition – Camisha Washington vs Jamrin Mack, Cascade Logistics, LLC and National Liability and Fire Insurance Company

01/06/2022    Melvin Johnson

01/06/2022    Eddie Edmond

01/07/2022    Sarah Mathews

01/10/2022    Kert Thomas

01/11/2022    Sheena Victorian

01/12/2022    Sharon Blanchard

01/14/2022    Mitchell Mathews

01/19/2022    Johnny Broussard

02/07/2022    Darrell Prudhomme

02/11/2022    Shannon Champagne

02/18/2022    Adam Lavigne

02/23/2022    Louis Marus

02/25/2022    Misty Sanders

03/08/2022    Jessica Batiste

03/16/2022    Kristen Sumner

03/17/2022    Cedrick Landry

03/21/2022    Gary Jones

03/23/2022    Barbara Bearb

03/25/2022    Kristen Sumner

04/08/2022    Keith Scott

04/14/2022    Travis Sinegal

| 04/25/2022 | Billy Marks |
| 04/27/2022 | Woodrow Denais |
| 04/29/2022 | Dale Miller |
| 05/03/2022 | Cody Floyd |
| 05/20/2022 | Matthew Richard |
| 05/23/2022 | Derrick Mouton |
| 05/25/2022 | Terry Stakes |
| 05/26/2022 | Leola Chachre |
| 06/01/2022 | Trial Appearance – Jeffrey Killian & Brandy Banes vs Hanover Insurance Company |
| 06/03/2022 | Edra Warren |
| 06/09/2022 | Patti Andries |
| 06/10/2022 | Kristen Bayard |
| 06/13/2022 | Priscilla Lemaire |
| 06/15/2022 | Lisa Courville |
| 06/16/2022 | Caleb Norris |
| 06/27/2022 | John Carmouche |
| 07/08/2022 | Camisha Washington |
| 07/13/2022 | Ronald Short |
| 07/18/2022 | Keith Paul |
| 07/19/2022 | Trial Appearance – Lisa Courville vs BSR Transport Services, LLC, National Liability & Fire Insurance Co., and Kevin Dwayne Carey, et al |
| 07/20/2022 | Michele Leininger |
| 07/25/2022 | Heather Guillotte |
| 07/29/2022 | Kori Lecompte |